**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: )
)
IndyMac Bancorp, Inc., ) CASE NO._____
)
      Debtor. ) CHAPTER 7
_____ )

## CORPORATE OWNERSHIP STATEMENT

The following is prepared in accordance with Bankruptcy Rules 1007(a)(1) and 7007.1 for filing in this Chapter 7 case:

IndyMac Bancorp, Inc. ("IndyMac" or the "Debtor") is a public company. According to certain documents filed with the Securities and Exchange Commission, including the Debtor's Form 10-K filed on February 28, 2008 (for the period ending December 31, 2007), no corporation owns 10% or more of any class of the Debtor's equity interests. The Debtor, however, is unable to verify the accuracy of this information for the following reason: IndyMac is the sole owner of IndyMac Intermediate Holdings, Inc. ("IndyMac Intermediate"), a corporation whose sole purpose is to hold all of the outstanding common stock (approximately 101 million shares) of IndyMac Bank, F.S.B. (the "Bank"). The Federal Deposit Insurance Corporation ("FDIC") was appointed receiver for the Bank on July 11, 2008. As a result of the appointment, the FDIC succeeded to all of IndyMac Intermediate's rights and powers as stockholder, see 12 U.S.C. § 1821(d)(2)(A)(i), although IndyMac Intermediate continues to hold the shares of the stock of the Bank. All of the books and records of IndyMac were maintained by the Bank (and employees of the Bank) on IndyMac's behalf, pursuant to an intercompany servicing agreement and, since July 11, 2008, the FDIC has been in sole possession, custody and control of all of the books and records of the Bank which include all, or virtually all, of IndyMac's books and records. The employees of the Bank that the Debtor believes have knowledge of the books and records of the Bank include the following: Blair Abernathy, Chief Financial Officer; Scott Keys, former Chief Financial Officer; Francisco Nebot, Treasurer; Greg Sosnovich, Chief Accounting Officer; Jules Vogel, General Counsel; and Christina Ching, Corporate Secretary. With the exception of Mr. Keys, all of the individuals are employed by IndyMac Federal Bank, FSB, and maintain offices at 888 East Walnut Street, Pasadena, CA 91101. Accordingly, this Corporate Ownership Statement has been prepared as required by Bankruptcy Rules 1007(a)(1) and 7007.1 by the Debtor with the assistance of outside counsel to IndyMac and the Debtor's sole remaining employee, Michael W. Perry, without access to the books and records of the Debtor. Mr. Perry's responsibilities at the Debtor did not include bookkeeping or accounting matters for the Debtor. The undersigned, the sole officer and employee of Debtor, has no direct knowledge regarding the ownership of equity interests in the Debtor that is relevant to this inquiry.

I, Michael W. Perry, the Chief Executive Officer of IndyMac Bancorp, Inc., named as a debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement in the debtor's Chapter 7 case and certify that the same is true and correct to the best of my knowledge.

Dated: July 31, 2008

Signature: /s/ *(signed)*
Michael W. Perry
Chief Executive Officer
IndyMac Bancorp, Inc., Debtor