Verification of Creditor Mailing List - (Rev. 10/05)                                      2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: __Dean G. Rallis, Jr., Esq.__

Address: __Weston Benshoof Rochefort Rubalcava MacCuish LLP, 333 S. Hope Street, 16th Floor__

Telephone: __(213) 576-1000__

☑   Attorney for Debtor(s)

☐   Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
| | Chapter: 7 |
| IndyMac Bancorp, Inc.<br>IndyMac Mortgage Holdings, Inc.<br>Note: Debtor may have used other similar names that included the word "IndyMac". | |

## VERIFICATION OF CREDITOR MAILING LIST

IndyMac is the sole owner of IndyMac Intermediate Holdings, Inc. ("IndyMac Intermediate"), a corporation whose sole purpose is to hold all of the outstanding common stock (approximately 101 million shares) of IndyMac Bank, F.S.B. (the "Bank"). The Federal Deposit Insurance Corporation ("FDIC") was appointed receiver for the Bank on July 11, 2008. As a result of the appointment, the FDIC succeeded to all of IndyMac Intermediate's rights and powers as stockholder, see 12 U.S.C. § 1821(d)(2)(A)(i), although IndyMac Intermediate continues to hold the shares of the stock of the Bank.

All of the books and records of IndyMac were maintained by the Bank (and employees of the Bank) on IndyMac's behalf, pursuant to an intercompany servicing agreement and, since July 11, 2008, the FDIC has been in sole possession, custody and control of all of the books and records of the Bank which include all, or virtually all, of IndyMac's books and records. The employees of the Bank that the Debtor believes have knowledge of the books and records of the Bank include the following: Blair Abernathy, Chief Financial Officer; Scott Keys, former Chief Financial Officer; Francisco Nebot, Treasurer; Greg Sosnovich, Chief Accounting Officer; Jules Vogel, General Counsel; and Christina Ching, Corporate Secretary. With the exception of Mr. Keys, all of the individuals are employed by IndyMac Federal Bank, FSB, and maintain offices at 888 East Walnut Street, Pasadena, CA 91101.

Accordingly, this Master Mailing List of Creditors (the "List") has been prepared by the Debtor with the assistance of outside counsel to Indymac and the Debtor's sole remaining employee, Michael W. Perry, with no access to the books and records of the Debtor. Mr. Perry's responsibilities at the Debtor did not include bookkeeping or accounting matters for the Debtor. Although every reasonable effort has been made to ensure that this List is as accurate and complete as possible under these unique circumstances, subsequent information or discovery (including, potentially, access to records now in the sole possession, custody and control of the FDIC) may result in additional names to be added to the List. For all of the foregoing reasons, there can be no assurance that the List is complete. Subject to the foregoing, the above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete and correct pursuant to Local Rule 1007-2(d).

Date: July 31, 2008

Attorney Dean G. Rallis, Jr., Esq. on behalf of the Debtor