Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                        1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

**IndyMac Bancorp, Inc.**

Debtor.

Case No.: **08-21752**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to the firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to the firm, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, the firm has agreed to accept ................................................. $    25,000.00
   Prior to the filing of this statement the firm received ........................................... $    25,000.00
   Balance Due ............................................................................................................ $         0.00

2. The source of the compensation paid to the firm was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to the firm is: **N/A**
   ☐ Debtor    ☐ Other (specify):

4. ☒ The firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **N/A**

5. In return for the above-disclosed fee, the firm agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed] **N/A**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the firm for representation of the debtor(s) in this bankruptcy proceeding.

*August 11, 2008*
Date

*/s/ Leib M. Lerner*
Leib M. Lerner
*Signature of Attorney*
**Weston Benshoof Rochefort Rubalcava MacCuish LLP**
*Name of Law Firm*
**333 South Hope Street**
**16th Floor**
**Los Angeles, CA 90071**
**(213) 576-1000  Fax: (213) 576-1100**