LEE R. BOGDANOFF (State Bar No. 119542)
DAVID M. STERN (State Bar No. 67697)
MATTHEW C. HEYN (State Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mheyn@ktbslaw.com

Bankruptcy Counsel for Alfred H. Siegel
as Interim Chapter 7 Trustee

FILED & ENTERED

NOV 06 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INDYMAC BANCORP, INC.,<br>a Delaware corporation,<br><br>            Debtor. | Case No.: 2:08-21752-BB<br><br>Chapter 7<br><br>**ORDER REGARDING MOTION OF CURRENT AND/OR FORMER INDYMAC DIRECTORS AND OFFICERS FOR DETERMINATION THAT CERTAIN INSURANCE PROCEEDS ARE NOT SUBJECT TO THE AUTOMATIC STAY AND/OR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**Original Hearing**<br>Date: October 16, 2008<br>Time: 10:00 a.m.<br><br>**Continued Hearing**<br>Date: December 17, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 1475<br>        255 East Temple St.<br>        Los Angeles, CA 90012<br>Judge: Hon. Sheri Bluebond |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

On September 22, 2008, certain current and/or former directors and officers of IndyMac Bancorp, Inc. and/or IndyMac Bank, F.S.B. (collectively, "Movants") filed their *Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Movants: Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabriel E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, Bruce G. Willison, Michael W. Perry, S. Blair Abernathy, Richard H. Wohl, and A. Scott Keys)* (the "Motion") [Docket No. 91]. On October 14, 2008, additional current and/or former officers of IndyMac Bancorp, Inc. and/or IndyMac Bank, F.S.B. (collectively, "Joiners"), filed a joinder to the Motion [Docket No. 113]. Also on October 14, 2008, oppositions to the Motion were filed by Alfred H. Siegel, as Interim Chapter 7 Trustee, (the "Trustee") [Docket No. 107] and the Federal Deposit Insurance Corporation (the "FDIC") [Docket No. 110]. The FDIC also filed evidentiary objections [Docket No. 112] (the "Evidentiary Objections") to the declaration of Todd J. Rosen in support of the Motion.

On October 28, 2008, the Court held a hearing on the Motion. Appearances are set forth on the record. For the reasons set forth on the record at the time of hearing on the Motion,

**IT IS HEREBY ORDERED:**

1. The Evidentiary Objections are sustained.

2. The Debtor's interests in the insurance policies identified in the Motion are property of the estate.

3. Relief from the stay imposed by 11 U.S.C. § 362 is hereby granted to permit the insurers listed below to distribute insurance proceeds to counsel for current and/or former directors and officers of IndyMac Bancorp, Inc. and IndyMac Bank, F.S.B. as follows:

   a. The D&O Insurers (as defined in the Motion) have relief from stay to distribute up to $1,200,000, in the aggregate, for defense costs pursuant to the terms of the D&O Policies (as defined in the Motion).

      b.      The Fiduciary Insurer (as defined in the Motion) has relief from stay to distribute up to $300,000, in the aggregate, for defense costs pursuant to the terms of the Fiduciary Policy (as defined in the Motion).

Except as set forth in this paragraph, the stay imposed by 11 U.S.C. § 362 will remain in full force and effect. This order is without prejudice to further relief being granted under the Motion or any subsequent motion for relief from stay.

    4.    Movants, Joiners, the FDIC and the Trustee (collectively, the "Parties") and their counsel shall complete at least one day of mediation before a mediator agreed to by all the Parties by December 17, 2008. Costs of the mediator (if any) will be borne by the estate. The mediation will be governed by the Court's Second Amended General Order No. 95-01 (the "General Order"), except that (i) the mediator need not be chosen from the panel of mediators established by the General Order and (ii), if the mediator is a current or former judge of the Court, the mediator may waive any provisions of the General Order.

    5.    On or before November 7, 2008, counsel for the Trustee shall lodge and serve a proposed order appointing a mediator and authorizing the estate to pay the reasonable costs of the mediator.

    6.    The hearing on the Motion shall be continued to December 17, 2008 at 11:00 a.m.

    7.    The last day for the Trustee and the FDIC to file and serve objections or motions to strike the declarations filed in support of the Motion on October 27, 2008 [Docket No. 134] is November 10, 2008.

    8.    The last day for Movants and Joiners to file and serve supplemental papers in support of the Motion is November 24, 2008.

    9.    The last day for the Trustee and the FDIC to file and serve supplemental papers in opposition to the Motion is December 3, 2008.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

10. The last day for Movants and Joiners to file and serve any reply to the supplemental papers in opposition is December 10, 2008.

# # #

DATED: November 6, 2008

_____
United States Bankruptcy Judge

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## **PROOF OF SERVICE**

I declare that I am over eighteen years of age and that I am not a party to this action. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067-6049.

On November 4, 2008, I served a true and correct copy of the following document(s) on the following parties indicated on the attached list by using the method indicated below:

**[PROPOSED] ORDER REGARDING MOTION OF CURRENT AND/OR FORMER INDYMAC DIRECTORS AND OFFICERS FOR DETERMINATION THAT CERTAIN INSURANCE PROCEEDS ARE NOT SUBJECT TO THE AUTOMATIC STAY AND/OR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

☒ **By First-Class Mail**: I am readily familiar with the business practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the document(s) listed above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the above-referenced document(s) were placed into the envelopes, the envelopes were sealed and addressed as set forth below and, with postage thereon fully prepaid, the envelopes were placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

I declare that I am a member of the bar of this Court and that this declaration was executed at Los Angeles, California on November 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Matthew C. Heyn*
Matthew C. Heyn

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## **SERVICE LIST FOR PROPOSED ORDER**

Counsel for Louis E. Caldera, et al.
John W. Spiegel
Lawrence C. Barth
Todd J. Rosen
Munger, Tolles & Olson LLP
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

Counsel for Michael J. Perry
D. Jean Veta
Michael St. Patrick Baxter
David Bayless
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004

Counsel for S. Blair Abernathy
Robert H. Fairbank
Richard D. Gluck
Fairbank & Vincent
11755 Wilshire Blvd, Suite 2320
Los Angeles, CA 90025

Counsel for Richard H. Wohl
John K. Villa
Stephen D. Andrews
Jason T. Wright
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Debtor
IndyMac Bancorp Inc
c/o Ed Woodsome
Orrick Herrington & Sutcliffe LLP
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017

Counsel to Debtor
Dean G. Rallis, Jr.
Weston Benshoof Rochefort
Rubalcava MacCuish LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

Counsel for A. Scott Keys
Gregory S. Bruch
Julie A. Smith
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

Mitchell J. Auslander
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Counsel for Certain Current & Former Officers of IndyMac Bancorp
Robert L. Corbin
Michael W. Fitzgerald
Joel M. Athey
Corbin, Fitzgerald & Athey LLP
601 W. Fifth Street, Suite 1150
Los Angeles, CA 90071

Counsel for the FDIC
Allan H. Ickowitz
Thomas D. Long
John W. Kim
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

Office of the United States Trustee
Attn: Ron Maroko
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## **SERVICE LIST FOR ENTERED ORDER**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| • Laura L. Buchanan<br>lbuchanan@ktbslaw.com<br><br>• Shawn M. Christianson<br>cmcintire@buchalter.com<br><br>• Joseph A. Eisenberg<br>jae@jmbm.com<br><br>• Elaine T. Fuller<br>elaine.t.fuller@irscounsel.treas.gov<br><br>• Matthew Heyn<br>mheyn@ktbslaw.com<br><br>• Allan H. Ickowitz<br>aickowitz@nossaman.com<br><br>• John W. Kim<br>jkim@nossaman.com<br><br>• Leib M. Lerner<br>leib.lerner@alston.com<br><br>• Ron Maroko<br>ron.maroko@usdoj.gov<br><br>• Gilbert Mikalian<br>gmikalian@richardsonpatel.com<br><br>• Aram Ordubegian<br>aordubegian@richardsonpatel.com<br><br>• Dean G. Rallis Jr.<br>dean.rallis@alston.com<br><br>• Kurt Ramlo<br>kurt.ramlo@skadden.com | Debtor<br>IndyMac Bancorp Inc<br>c/o Ed Woodsome<br>Orrick Herrington & Sutcliffe LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br><br>Counsel to Debtor<br>Dean G. Rallis, Jr.<br>Weston Benshoof Rochefort<br>Rubalcava MacCuish LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br><br>Co-Counsel to the Debtor<br>John C. Weitnauer<br>Alston & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309-3434<br><br>Office of the United States Trustee<br>Attn: Ron Maroko<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017<br><br>Counsel for Louis E. Caldera, et al.<br>John W. Spiegel<br>Lawrence C. Barth<br>Todd J. Rosen<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave., Suite 3500<br>Los Angeles, CA 90071<br><br>Counsel for S. Blair Abernathy<br>Robert H. Fairbank<br>Richard D. Gluck<br>Fairbank & Vincent<br>11755 Wilshire Blvd, Suite 2320<br>Los Angeles, CA 90025 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | |
|---|---|
| - Michael Reed<br>  kmorriss@mvbalaw.com,<br>  dgibson@mvbalaw.com;<br>  dgoff@mvbalaw.com<br><br>- Todd J Rosen<br>  todd.rosen@mto.com<br><br>- Alfred H Siegel<br>  ahstrustee@horwathcal.com,<br>  ca51@ecfcbis.com<br><br>- United States Trustee (LA)<br>  ustpregion16.la.ecf@usdoj.gov<br><br>- Alan Z Yudkowsky<br>  ayudkowsky@stroock.com | Counsel for Richard H. Wohl<br>John K. Villa<br>Stephen D. Andrews<br>Jason T. Wright<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br><br>Counsel for A. Scott Keys<br>Gregory S. Bruch<br>Julie A. Smith<br>Willkie Farr & Gallagher LLP<br>1875 K Street, NW<br>Washington, DC 20006<br><br>Mitchell J. Auslander<br>Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019<br><br>Counsel for Certain Current & Former Officers of IndyMac Bancorp<br>Robert L. Corbin<br>Michael W. Fitzgerald<br>Joel M. Athey<br>Corbin, Fitzgerald & Athey LLP<br>601 W. Fifth Street, Suite 1150<br>Los Angeles, CA 90071<br><br>Counsel for the FDIC<br>Allan H. Ickowitz<br>Thomas D. Long<br>John W. Kim<br>Nossaman LLP<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br><br>Request for Special Notice<br>Ms. Anne Marie Kennelly<br>Corporate Counsel<br>Hewlett-Packard Company<br>3000 Hanover Street<br>Mailstop 1050<br>Palo Alto, CA  94304 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | |
|---|---|
| 1 | |
| 2 | <u>Request for Special Notice Attorneys for Michael Perry</u> |
| 3 | Jessica D. Gabel |
| | Covington & Burling LLP |
| 4 | 1 Front Street, 35th Floor |
| 5 | San Francisco, CA 94111 |
| 6 | <u>Request for Special Notice Attorneys for Michael Perry</u> |
| 7 | Michael St. Patrick Baxter |
| 8 | Aisha L. Williams |
| | Covington & Burling LLP |
| 9 | 1201 Pennsylvania Avenue, NW |
| 10 | Washington, DC 20001-2401 |
| 11 | <u>Request for Special Notice</u> |
| 12 | Richard Hopp |
| | P.O. Box 3601 |
| 13 | Van Nuys, CA 91407 |
| 14 | <u>Request for Special Notice - Counsel to The Bank of New York Mellon AND The Bank of New York Mellon Trust Company, N.A.</u> |
| 15 | |
| 16 | |
| 17 | Ronald L. Cohen |
| | Justin L. Shearer |
| 18 | Seward & Kissel LLP |
| | One Battery Park Plaza |
| 19 | New York, NY 10004 |
| 20 | |
| 21 | <u>Request for Special Notice</u> |
| | Joseph L. Paller, Jr. |
| 22 | Michael D. Weiner |
| | Gilbert & Sackman, A Law Corporation |
| 23 | 3699 Wilshire Blvd., Suite 1200 |
| 24 | Los Angeles, CA 90010 |
| 25 | <u>Request for Special Notice</u> |
| | Joseph P. Guglielmo |
| 26 | Whatley, Drake & Kallas, LLC |
| 27 | 1540 Broadway, 37th Floor |
| | New York, NY 10036 |
| 28 | |

Left margin: KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

<u>Request for Special Notice</u>
Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Tax Collector
Manatee County, Florida
Tax Collector's Office
P.O. Box 25300
Bradenton, FL  34206-5300

<u>Request for Special Notice</u>
Iron Mountain Information Management, Inc.
c/o Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

<u>Request for Special Notice</u>
Claire L. McGuire, Esq.
Tom Reeves, Esq.
FDIC
3501 Fairfax Drive,
Room VS-D-7078
Arlington, VA 22226-3500

<u>Request for Special Notice -Attorneys for Jim Metcalfe, Theresa D. Moore, Thomas J McKenna, Robert B Weiser</u>
Daniel L. Keller
Keller Fishback & Jackson, LLP
18425 Burbank Blvd., Suite 610
Tazana, CA 91356

<u>Request for Special Notice - Attorneys for the IRS</u>
Office of the U.S. Attorney
Sandra R. Brown, Esq.
Room 7211, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

<u>Request for Special Notice</u>
International Business Machines Corp.
Attn: Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

Request for Special Notice - Attorneys for Claimant, Burnet CAD, Denton County and Williamson County
Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000