FILED & ENTERED

NOV 13 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

LEE R. BOGDANOFF (State Bar No. 119542)
DAVID M. STERN (State Bar No. 67697)
MATTHEW C. HEYN (State Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049
Telephone:   (310) 407-4000
Facsimile:   (310) 407-9090
Email:       mheyn@ktbslaw.com

Bankruptcy Counsel for Alfred H. Siegel
as Interim Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re

INDYMAC BANCORP, INC.,
a Delaware corporation,

        Debtor.

Case No.:  2:08-21752-BB

Chapter 7

**ORDER APPOINTING MEDIATOR ON MOTION OF CURRENT AND/OR FORMER INDYMAC DIRECTORS AND OFFICERS FOR DETERMINATION THAT CERTAIN INSURANCE PROCEEDS ARE NOT SUBJECT TO THE AUTOMATIC STAY AND/OR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

**Original Hearing:**
Date:   October 28, 2008
Time:   10:00 a.m.
Place:  Courtroom 1475

**Continued Hearing**
Date:   December 17, 2008
Time:   11:00 a.m.
Place:  Courtroom 1475
        255 East Temple St.
        Los Angeles, CA 90012
Judge:  Hon. Sheri Bluebond

On September 22, 2008, certain current and/or former directors and officers of IndyMac Bancorp, Inc. and/or IndyMac Bank, F.S.B. (collectively, "Movants") filed their *Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Movants: Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabriel E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, Bruce G. Willison, Michael W. Perry, S. Blair Abernathy, Richard H. Wohl, and A. Scott Keys)* (the "Motion") [Docket No. 91]. On October 28, 2008, the Court held a hearing on the Motion. For the reasons set forth on the record at the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is hereby assigned to mediation, and the following is appointed as Mediator:

> Hon. Dickran Tevrizian (Ret.)
> JAMS
> 707 Wilshire Blvd., 46th Floor
> Los Angeles, CA 90017
> Telephone: (213) 620-1133
> Facsimile: (213) 620-0100

The mediation will be governed, to the maximum extent feasible, by the Court's Second Amended General Order No. 95-01.

2. Interim Chapter 7 Trustee, Alfred H. Siegel, is hereby authorized to pay, in the ordinary course and without further order, any fees of the Mediator or JAMS for the Mediator's services in connection with this matter.

# # # #

DATED: November 13, 2008

United States Bankruptcy Judge

I certify that I sent this proposed order to counsel of record for Movants, Joiners and the FDIC (who had previously assented to Hon. Dickran Tevrizian (Ret.) acting as Mediator), by email on November 5, 2008 with a request to return any suggested changes to the proposed order so that I receive them on or before November 6, 2008. As of today, November 7, 2008, I have not received any requests for changes to this proposed order.

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**

  */s/ Matthew C. Heyn*
Bankruptcy Counsel for Alfred H. Siegel, Solely in His Capacity as Interim Chapter 7 Trustee

## PROOF OF SERVICE

I declare that I am over eighteen years of age and that I am not a party to this action. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067-6049.

On November 7, 2008, I served a true and correct copy of the following document(s) on the following parties indicated on the attached list by using the method indicated below:

**[PROPOSED] ORDER APPOINTING MEDIATOR ON MOTION OF CURRENT AND/OR FORMER INDYMAC DIRECTORS AND OFFICERS FOR DETERMINATION THAT CERTAIN INSURANCE PROCEEDS ARE NOT SUBJECT TO THE AUTOMATIC STAY AND/OR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

☒ **By First-Class Mail**: I am readily familiar with the business practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the document(s) listed above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the above-referenced document(s) were placed into the envelopes, the envelopes were sealed and addressed as set forth below and, with postage thereon fully prepaid, the envelopes were placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

I declare that I am a member of the bar of this Court and that this declaration was executed at Los Angeles, California on November 7, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Matthew C. Heyn*
Matthew C. Heyn

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000

# **SERVICE LIST FOR PROPOSED ORDER**

Counsel for Louis E. Caldera, et al.
John W. Spiegel
Lawrence C. Barth
Todd J. Rosen
Munger, Tolles & Olson LLP
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

Counsel for Michael J. Perry
D. Jean Veta
Michael St. Patrick Baxter
David Bayless
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004

Counsel for S. Blair Abernathy
Robert H. Fairbank
Richard D. Gluck
Fairbank & Vincent
444 South Flower Street, Suite 3860
Los Angeles, CA 90071

Counsel for Richard H. Wohl
John K. Villa
Stephen D. Andrews
Jason T. Wright
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Debtor
IndyMac Bancorp Inc
c/o Ed Woodsome
Orrick Herrington & Sutcliffe LLP
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017

Counsel to Debtor
Dean G. Rallis, Jr.
Weston Benshoof Rochefort
Rubalcava MacCuish LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

Counsel for A. Scott Keys
Gregory S. Bruch
Julie A. Smith
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

Mitchell J. Auslander
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Counsel for Certain Current & Former
Officers of IndyMac Bancorp
Robert L. Corbin
Michael W. Fitzgerald
Joel M. Athey
Corbin, Fitzgerald & Athey LLP
601 W. Fifth Street, Suite 1150
Los Angeles, CA 90071

Counsel for the FDIC
Allan H. Ickowitz
Thomas D. Long
John W. Kim
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

Office of the United States Trustee
Attn: Ron Maroko
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## **SERVICE LIST FOR ENTERED ORDER**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| • Laura L. Buchanan<br>lbuchanan@ktbslaw.com | Debtor<br>IndyMac Bancorp Inc<br>c/o Ed Woodsome<br>Orrick Herrington & Sutcliffe LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017 |
| • Shawn M. Christianson<br>cmcintire@buchalter.com | |
| • Joseph A. Eisenberg<br>jae@jmbm.com | Counsel to Debtor<br>Dean G. Rallis, Jr.<br>Weston Benshoof Rochefort<br>Rubalcava MacCuish LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 |
| • Elaine T. Fuller<br>elaine.t.fuller@irscounsel.treas.gov | |
| • Matthew Heyn<br>mheyn@ktbslaw.com | |
| • Allan H. Ickowitz<br>aickowitz@nossaman.com | Co-Counsel to the Debtor<br>John C. Weitnauer<br>Alston & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309-3434 |
| • John W. Kim<br>jkim@nossaman.com | |
| • Leib M. Lerner<br>leib.lerner@alston.com | Office of the United States Trustee<br>Attn:  Ron Maroko<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017 |
| • Ron Maroko<br>ron.maroko@usdoj.gov | Counsel for Louis E. Caldera, et al.<br>John W. Spiegel<br>Lawrence C. Barth<br>Todd J. Rosen<br>Munger, Tolles & Olson LLP<br>355 S. Grand Ave., Suite 3500<br>Los Angeles, CA 90071 |
| • Gilbert Mikalian<br>gmikalian@richardsonpatel.com | |
| • Aram Ordubegian<br>aordubegian@richardsonpatel.com | |
| • Dean G. Rallis Jr.<br>dean.rallis@alston.com | Counsel for S. Blair Abernathy<br>Robert H. Fairbank<br>Richard D. Gluck<br>Fairbank & Vincent<br>444 South Flower Street, Suite 3860<br>Los Angeles, CA 90071 |
| • Kurt Ramlo<br>kurt.ramlo@skadden.com | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE:  (310) 407-4000

- Michael Reed
  kmorriss@mvbalaw.com,
  dgibson@mvbalaw.com;
  dgoff@mvbalaw.com

- Todd J Rosen
  todd.rosen@mto.com

- Alfred H Siegel
  ahstrustee@horwathcal.com,
  ca51@ecfcbis.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- Alan Z Yudkowsky
  ayudkowsky@stroock.com

Counsel for Richard H. Wohl
John K. Villa
Stephen D. Andrews
Jason T. Wright
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Counsel for A. Scott Keys
Gregory S. Bruch
Julie A. Smith
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

Mitchell J. Auslander
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Counsel for Certain Current & Former Officers of IndyMac Bancorp
Robert L. Corbin
Michael W. Fitzgerald
Joel M. Athey
Corbin, Fitzgerald & Athey LLP
601 W. Fifth Street, Suite 1150
Los Angeles, CA 90071

Counsel for the FDIC
Allan H. Ickowitz
Thomas D. Long
John W. Kim
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

Request for Special Notice
Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover Street
Mailstop 1050
Palo Alto, CA  94304

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | |
|---|---|
| 1 | |
| 2 | <u>Request for Special Notice Attorneys for Michael Perry</u> |
| 3 | Jessica D. Gabel |
| 4 | Covington & Burling LLP<br>1 Front Street, 35th Floor |
| 5 | San Francisco, CA  94111 |
| 6 | <u>Request for Special Notice Attorneys for Michael Perry</u> |
| 7 | Michael St. Patrick Baxter |
| 8 | Aisha L. Williams<br>Covington & Burling LLP |
| 9 | 1201 Pennsylvania Avenue, NW |
| 10 | Washington, DC 20001-2401 |
| 11 | <u>Request for Special Notice</u> |
| 12 | Richard Hopp<br>P.O. Box 3601 |
| 13 | Van Nuys, CA  91407 |
| 14 | <u>Request for Special Notice - Counsel to The Bank of New York Mellon AND The Bank of New York Mellon Trust Company, N.A.</u> |
| 15 | |
| 16 | |
| 17 | Ronald L. Cohen |
| 18 | Justin L. Shearer<br>Seward & Kissel LLP |
| 19 | One Battery Park Plaza<br>New York, NY  10004 |
| 20 | |
| 21 | <u>Request for Special Notice</u><br>Joseph L. Paller, Jr. |
| 22 | Michael D. Weiner |
| 23 | Gilbert & Sackman, A Law Corporation<br>3699 Wilshire Blvd., Suite 1200 |
| 24 | Los Angeles, CA  90010 |
| 25 | <u>Request for Special Notice</u> |
| 26 | Joseph P. Guglielmo<br>Whatley, Drake & Kallas, LLC |
| 27 | 1540 Broadway, 37th Floor<br>New York, NY  10036 |
| 28 | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

Request for Special Notice
Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Tax Collector
Manatee County, Florida
Tax Collector's Office
P.O. Box 25300
Bradenton, FL  34206-5300

Request for Special Notice
Iron Mountain Information Management, Inc.
c/o Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA 02110

Request for Special Notice
Claire L. McGuire, Esq.
Tom Reeves, Esq.
FDIC
3501 Fairfax Drive,
Room VS-D-7078
Arlington, VA 22226-3500

Request for Special Notice -Attorneys for Jim Metcalfe, Theresa D. Moore, Thomas J McKenna, Robert B Weiser
Daniel L. Keller
Keller Fishback & Jackson, LLP
18425 Burbank Blvd., Suite 610
Tazana, CA 91356

Request for Special Notice - Attorneys for the IRS
Office of the U.S. Attorney
Sandra R. Brown, Esq.
Room 7211, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

Request for Special Notice
International Business Machines Corp.
Attn: Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | |
|---|---|
| | <u>Request for Special Notice - Attorneys for Claimant, Burnet CAD, Denton County and Williamson County</u><br>Michael Reed, Esq.<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

5