| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JOHN W. SPIEGEL (CA Bar No. 078935)<br>LAWRENCE C. BARTH (CA Bar No. 123002)<br>TODD J. ROSEN (CA Bar No. 203156)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA  90071<br>Telephone: (213) 683-9100 / Facsimile: (213) 683-5152<br>Email: John.Spiegel@, Lawrence.Barth@, Todd.Rosen@mto.com<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:*  Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabrielle E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, and Bruce G. Willison<br>**(Additional counsel listed on signature page)** | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**INDYMAC BANCORP, INC., a Delaware corporation,**<br><br><br><br><br>                                                                                                                                                                                                                                                                                    Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:08-21752-BB<br>DATE:  December 17, 2008<br>TIME:   11:00 a.m.<br>CTRM:  1475<br>FLOOR: 14 |

# NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
**(MOVANTS:** Current and/or former directors and officers of IndyMac Bancorp, Inc. and/or IndyMac Bank, F.S.B.**)**
**(Personal Property)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested 0parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☒ **255 East Temple Street, Los Angeles**         ☐ **411 West Fourth Street, Santa Ana**
   ☐ **21041 Burbank Boulevard, Woodland Hills**      ☐ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a.  ☒  This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b.  ☐  This Motion is being heard on SHORTENED TIME.

      ☐ at the hearing        ☐ at least _____ court days before the hearing.

      (1)  ☐  A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge)
      (2)  ☐  A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.
      (3)  ☐  A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES),* or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                                                                                                **F 4001-1M.PP**
6430241.1

Motion for Relief from Stay (Personal Property) - *Page 2 of 5*

| In re<br>INDYMAC BANCORP, INC. | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-21752-BB |
|---|---|---|

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: November 21, 2008

Munger, Tolles & Olson LLP
*Print Law Firm Name (if applicable)*

John W. Spiegel
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

**(Additional counsel listed on following pages)**

6430241.1

DATED: November 20, 2008

COVINGTON & BURLING LLP
   D. JEAN VETA
   MICHAEL ST. PATRICK BAXTER
   DAVID BAYLESS (CA Bar No. 189235)
   TAMMY ALBARRÁN (CA Bar No. 215605)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
Email: jveta@cov.com
       mbaxter@cov.com
       dbayless@cov.com


By: _____/s/ Tammy Albarrán_____
       TAMMY ALBARRÁN

Counsel for Michael W. Perry


DATED: November __, 2008

FAIRBANK & VINCENT
   ROBERT H. FAIRBANK (CA Bar No. 076359)
   RICHARD D. GLUCK (CA Bar No.151675)
444 South Flower Street, Suite 3860
Los Angeles, CA 90071
Telephone:  (213) 891-9010
Facsimile  (213) 891-9011
Email: rfairbank@fairbankvincent.com
       rgluck@fairbankvincent.com


By:_____
       ROBERT H. FAIRBANK

Counsel for S. Blair Abernathy

DATED: November __, 2008

COVINGTON & BURLING LLP
   D. JEAN VETA
   MICHAEL ST. PATRICK BAXTER
   DAVID BAYLESS (CA Bar No. 189235)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 662-6000
Facsimile:   (202) 662-6291
Email: jveta@cov.com
       mbaxter@cov.com
       dbayless@cov.com


By:_____
      DAVID BAYLESS

Counsel for Michael W. Perry


DATED: November 20, 2008

FAIRBANK & VINCENT
   ROBERT H. FAIRBANK (CA Bar No. 076359)
   RICHARD D. GLUCK (CA Bar No.151675)
444 South Flower Street, Suite 3860
Los Angeles, CA 90071
Telephone:   (213) 891-9010
Facsimile   (213) 891-9011
Email: rfairbank@fairbankvincent.com
       rgluck@fairbankvincent.com

By: _/s/ Robert H. Fairbank_____
     ROBERT H. FAIRBANK

Counsel for S. Blair Abernathy

6430241.1

DATED: November 20, 2008

WILLIAMS & CONNOLLY LLP
JOHN K. VILLA
STEPHEN D. ANDREWS (CA Bar No. 205961)
JASON T. WRIGHT
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5117
Facsimile: (202) 434-5705
Email: jvilla@wc.com
    jtwright@wc.com
    sandrews@wc.com

By: /s/ Stephen D. Andrews
    STEPHEN D. ANDREWS

Counsel for Richard H. Wohl

DATED: November __, 2008

WILLKIE FARR & GALLAGHER LLP
GREGORY S. BRUCH
JULIE A. SMITH (CA Bar No. 147178)
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1205
Facsimile: (202) 303-2205
Email: jasmith@willkie.com
    gbruch@willkie.com

MITCHELL J. AUSLANDER
787 Seventh Avenue
New York, N.Y. 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mauslander@willkie.com

By:_____
    JULIE A. SMITH

Counsel for A. Scott Keys

6430241.1

DATED: November __, 2008

WILLIAMS & CONNOLLY LLP
  JOHN K. VILLA
  STEPHEN D. ANDREWS (CA Bar No. 205961)
  JASON T. WRIGHT
725 Twelfth Street, NW
Washington, DC 20005
Telephone:   (202) 434-5117
Facsimile:   (202) 434-5705
Email: jvilla@wc.com
       jtwright@wc.com
       sandrews@wc.com


By:_____
     STEPHEN D. ANDREWS

Counsel for Richard H. Wohl


DATED: November 21, 2008

WILLKIE FARR & GALLAGHER LLP
  GREGORY S. BRUCH
  JULIE A. SMITH (CA Bar No. 147178)
1875 K Street, NW
Washington, DC 20006
Telephone:   (202) 303-1205
Facsimile:   (202) 303-2205
Email: jasmith@willkie.com
       gbruch@willkie.com

  MITCHELL J. AUSLANDER
787 Seventh Avenue
New York, N.Y. 10019
Telephone:   (212) 728-8000
Facsimile:   (212) 728-8111
Email: mauslander@willkie.com


By: *Julie A. Smith/jn*
     JULIE A. SMITH

Counsel for A. Scott Keys

6430241.1

DATED: November 20, 2008

CORBIN, FITZGERALD & ATHEY LLP
   ROBERT L. CORBIN (CA Bar No. 75445)
   MICHAEL W. FITZGERALD (CA Bar No. 127164)
   JOEL M. ATHEY (CA Bar No. 214399)
601 West Fifth Street, Suite 1150
Los Angeles, CA 90071
Telephone:   (213) 612-0001
Facsimile:   (213) 612-0061
Email: rlcorb@corbfitzlaw.com
       mwfitz@corbfitzlaw.com
       jathey@corbfitzlaw.com

By: _____
      ROBERT L. CORBIN

Counsel for certain current and former officers of IndyMac Bancorp, Inc., and/or IndyMac Bank, F.S.B.

6430241.1

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| INDYMAC BANCORP, INC. | Debtor(s). | CASE NO.: 2:08-21752-BB |

# MOTION FOR RELIEF FROM STAY

**(MOVANTS:** Current and/or former directors and officers of IndyMac Bancorp, Inc. and/or IndyMac Bank, F.S.B.**)**

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to the following personal property (the "Property"):
   - ☐ Vehicle *(describe year, manufacturer, type, and model):*

     *Vehicle Identification Number:*
     *Location of vehicle (if known):*

   - ☐ Equipment *(describe manufacturer, type, and characteristics):*

     *Serial number(s):*
     *Location (if known):*

   - ☒ Other Personal Property *(describe type, identifying information, and location):*
     Certain director and officer "Side-A-Only" liability insurance policy proceeds as more fully described in the memorandum of points and authorities in support of this motion.

2. **Case History:**
   a. ☒ A voluntary  ☐ An involuntary  petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13
      was filed on *(specify date):*
   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date):*
   c. ☐ Plan was confirmed on *(specify date):*
   d. ☐ Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**
   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:
      (1) ☐ Movant's interest in the Property is not adequately protected,
          (a) ☐ Movant's interest in the collateral is not protected by an adequate equity cushion.
          (b) ☐ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.
          (c) ☐ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).
          (d) ☐ Payments have not been made as required by an Adequate Protection Order previously granted in this case.
      (2) ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
          (a) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix,
          (b) ☐ The Property was transferred to Debtor(s) either just before the bankruptcy filing or since the filing,
          (c) ☐ Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy,
          (d) ☐ Other bankruptcy cases have been filed asserting an interest in the same Property.
          (e) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*
6430241.1

F 4001-1M.PP

American LegalNet, Inc.
www.Forms*Workflow*.com

Case 2:08-bk-21752-BB    Doc 153    Filed 11/21/08    Entered 11/21/08 13:25:25    Desc
Main Document    Page 9 of 15

F 4001-1 M. PP

Motion for Relief from Stay (Personal Property) - *Page 4 of 5*

| In re  (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| INDYMAC BANCORP, INC. Debtor(s). | CASE NO.: 2:08-21752-BB |

(3) ☐ *(Chapter 12 or 13 cases only)*

    (a) ☐ Postconfirmation plan payments have not been made to the standing trustee,

    (b) ☐ Postconfirmation payments required by the confirmed plan have not been made to Movant.

(4) ☐ The lease has been rejected or deemed rejected by operation of law.

(5) ☒ For other cause for relief from stay, see attached continuation page. (See memorandum of points and authorities in support of this motion.)

b. ☐ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

    a. ☐ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

    b. ☒ Movant submits the attached supplemental Declaration(s) under penalty of perjury, to provide additional admissible evidence in support of this Motion.

    c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

    d. ☐ Other evidence *(specify):*

6. ☒ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested):*

1. ☐ Relief from the stay allowing Movant (and any successors or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. Additional provisions requested:

    a. ☐ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☐ That the 10-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived,

    c. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER).*

    d. ☒ For other relief requested, see attached continuation page. (See memorandum of points and authorities in support of this motion.)

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*
6430241.1

F 4001-1M.PP

American LegalNet, Inc.
www.FormsWorkflow.com

Motion for Relief from Stay (Personal Property) - *Page 5 of 5*

| In re  (SHORT TITLE)  INDYMAC BANCORP, INC.                    Debtor(s). | CHAPTER: 7  CASE NO.: 2:08-21752-BB |
|---|---|

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: November 21, 2008

Respectfully submitted,
Counsel for Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabrielle E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, and Bruce G. Willison
*Movant Name*

Munger, Tolles & Olson LLP
*Firm Name of Attorney for Movant (if applicable)*

By: _____
*Signature*

Name: John W. Spiegel
*Typed Name of Individual Movant or Attorney for Movant*

**(Additional counsel listed on following pages)**

6430241.1

DATED: November 20, 2008

COVINGTON & BURLING LLP
  D. JEAN VETA
  MICHAEL ST. PATRICK BAXTER
  DAVID BAYLESS (CA Bar No. 189235)
  TAMMY ALBARRÁN (CA Bar No. 215605)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
Email: jveta@cov.com
       mbaxter@cov.com
       dbayless@cov.com


By: /s/ Tammy Albarrán
     TAMMY ALBARRÁN

Counsel for Michael W. Perry


DATED: November __, 2008

FAIRBANK & VINCENT
  ROBERT H. FAIRBANK (CA Bar No. 076359)
  RICHARD D. GLUCK (CA Bar No.151675)
444 South Flower Street, Suite 3860
Los Angeles, CA 90071
Telephone:  (213) 891-9010
Facsimile  (213) 891-9011
Email: rfairbank@fairbankvincent.com
       rgluck@fairbankvincent.com


By:_____
     ROBERT H. FAIRBANK

Counsel for S. Blair Abernathy

6430241.1

DATED: November __, 2008

COVINGTON & BURLING LLP
D. JEAN VETA
MICHAEL ST. PATRICK BAXTER
DAVID BAYLESS (CA Bar No. 189235)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291
Email: jveta@cov.com
       mbaxter@cov.com
       dbayless@cov.com

By:_____
    DAVID BAYLESS

Counsel for Michael W. Perry

DATED: November 20, 2008

FAIRBANK & VINCENT
ROBERT H. FAIRBANK (CA Bar No. 076359)
RICHARD D. GLUCK (CA Bar No.151675)
444 South Flower Street, Suite 3860
Los Angeles, CA 90071
Telephone:    (213) 891-9010
Facsimile     (213) 891-9011
Email: rfairbank@fairbankvincent.com
       rgluck@fairbankvincent.com

By:_____
    ROBERT H. FAIRBANK

Counsel for S. Blair Abernathy

6430241.1

DATED: November 20, 2008

WILLIAMS & CONNOLLY LLP
JOHN K. VILLA
STEPHEN D. ANDREWS (CA Bar No. 205961)
JASON T. WRIGHT
725 Twelfth Street, NW
Washington, DC 20005
Telephone:     (202) 434-5117
Facsimile:     (202) 434-5705
Email:  jvilla@wc.com
         jtwright@wc.com
         sandrews@wc.com

By: /s/ Stephen D. Andrews
STEPHEN D. ANDREWS

Counsel for Richard H. Wohl


DATED: November ___, 2008

WILLKIE FARR & GALLAGHER LLP
GREGORY S. BRUCH
JULIE A. SMITH (CA Bar No. 147178)
1875 K Street, NW
Washington, DC  20006
Telephone:     (202) 303-1205
Facsimile:     (202) 303-2205
Email:  jasmith@willkie.com
         gbruch@willkie.com

MITCHELL J. AUSLANDER
787 Seventh Avenue
New York, N.Y. 10019
Telephone:     (212) 728-8000
Facsimile:     (212) 728-8111
Email:  mauslander@willkie.com


By:_____
JULIE A. SMITH

Counsel for A. Scott Keys

6430241.1

DATED: November __, 2008

WILLIAMS & CONNOLLY LLP
   JOHN K. VILLA
   STEPHEN D. ANDREWS (CA Bar No. 205961)
   JASON T. WRIGHT
725 Twelfth Street, NW
Washington, DC 20005
Telephone:    (202) 434-5117
Facsimile:    (202) 434-5705
Email: jvilla@wc.com
       jtwright@wc.com
       sandrews@wc.com


By:_____
       STEPHEN D. ANDREWS

Counsel for Richard H. Wohl


DATED: November 21, 2008

WILLKIE FARR & GALLAGHER LLP
   GREGORY S. BRUCH
   JULIE A. SMITH (CA Bar No. 147178)
1875 K Street, NW
Washington, DC 20006
Telephone:    (202) 303-1205
Facsimile:    (202) 303-2205
Email: jasmith@willkie.com
       gbruch@willkie.com

   MITCHELL J. AUSLANDER
787 Seventh Avenue
New York, N.Y. 10019
Telephone:    (212) 728-8000
Facsimile:    (212) 728-8111
Email: mauslander@willkie.com


By: /s/ Julie A. Smith /JM
       JULIE A. SMITH

Counsel for A. Scott Keys

6430241.1

DATED: November 20, 2008

CORBIN, FITZGERALD & ATHEY LLP
  ROBERT L. CORBIN (CA Bar No. 75445)
  MICHAEL W. FITZGERALD (CA Bar No. 127164)
  JOEL M. ATHEY (CA Bar No. 214399)
601 West Fifth Street, Suite 1150
Los Angeles, CA 90071
Telephone:   (213) 612-0001
Facsimile:   (213) 612-0061
Email: rlcorb@corbfitzlaw.com
        mwfitz@corbfitzlaw.com
        jathey@corbfitzlaw.com

By: _____
      ROBERT L. CORBIN

Counsel for certain current and former officers of IndyMac Bancorp, Inc., and/or IndyMac Bank, F.S.B.

6430241.1