LEE R. BOGDANOFF (State Bar No. 119542)
DAVID M. STERN (State Bar No. 67697)
LAURA L. BUCHANAN (State Bar No. 156261)
MATTHEW C. HEYN (State Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:    lbuchanan@ktbslaw.com

Bankruptcy Counsel for Alfred H. Siegel
as Interim Chapter 7 Trustee

FILED DEC - 4 2008 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

ENTERED DEC - 8 2008 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

INDYMAC BANCORP, INC.,
a Delaware corporation,

Debtor.

Case No.: 2:08-21752-BB

Chapter 7

**ORDER APPROVING MOTION FOR ORDER CONFIRMING INTERIM CHAPTER 7 TRUSTEE AS PERMANENT CHAPTER 7 TRUSTEE**

**Hearing Currently Set For**
Date:    December 4, 2008
Time:    10:00 a.m.
Place:    Courtroom 1475
    255 East Temple St.
    Los Angeles, CA 90012
Judge:    Hon. Sheri Bluebond

109395_2

1      On October 1, 2008, the *Motion For Order Confirming Interim Chapter 7 Trustee As Permanent Chapter 7 Trustee* (the "Motion") [Docket No. 95] was filed by interim trustee Alfred H. Siegel (the "Trustee"), solely in his capacity as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc. (the "Debtor").

After considering the Motion, the *Declaration Of Alfred H. Siegel In Support Of Motion For Order Confirming Interim Chapter 7 Trustee As Permanent Chapter 7 Trustee* [Docket No. 97], the *Declaration Of Lee R. Bogdanoff In Support Of Motion For Order Confirming Interim Chapter 7 Trustee As Permanent Chapter 7 Trustee* [Docket No. 98], all other pleadings and declarations filed in support thereof, the *Opposition of Wilmington Trust Company to Motion for Order Confirming Interim Chapter 7 Trustee As Permanent Chapter 7 Trustee* [Docket No. 114], the record in this case, the filing of the *Application Of Alfred H. Siegel, Chapter 7 Trustee, For Order Authorizing Employment Of J Beck & Associates, Inc. As Advisor, Nunc Pro Tunc To October 27, 2008* (the "Application"), the granting of the Application pursuant to the *Order Granting Application Of Alfred H. Siegel, Chapter 7 Trustee, For Order Authorizing Employment Of J Beck & Associates, Inc. As Advisor, Nunc Pro Tunc To October 27, 2008* (the "Employment Order"), and the consensual resolution of issues raised in the Motion as a result of the entry of the Employment Order, and the Court having found that: (1) notice of the Motion was adequate and appropriate under the particular circumstances, and in conformity with the Local Bankruptcy Rules of this Court, and no other notice need be given; (2) the resolution embodied in the Employment Order is appropriate under the circumstances, and (3) good and sufficient cause having been shown,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 702(d) of the Bankruptcy Code, the interim chapter 7 trustee, Alfred H. Siegel is confirmed as the permanent chapter 7 trustee in the above-captioned case.

3. The other issues raised by the pleadings filed concerning the Motion are moot.

109395_2

1    ORDER GRANTING MOTION FOR ORDER CONFIRMING INTERIM CHAPTER 7 TRUSTEE AS PERMANENT CHAPTER 7 TRUSTEE

1      4.    The above-referenced hearing is taken off calendar.

3  DATED: 12/4/08

*[signature]*

THE HONORABLE SHERI BLUEBOND
UNITED STATES BANKRUPTCY JUDGE

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>INDYMAC BANCORP, INC.<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-21752-BB |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

    ORDER APPROVING MOTION FOR ORDER CONFIRMING INTERIM CHAPTER 7 TRUSTEE AS PERMANENT CHAPTER 7 TRUSTEE

    Was entered on *(specify date)*: DEC - 8 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

    DEC 8 2008

Dated: DEC 8 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
           Deputy Clerk

---

Rev. 1/01    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9021-1.1

# SERVICE LIST

Chapter 7 Trustee
Alfred H. Siegel
Siegel, Gottlieb, Mangel & LeVine
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403-2201

Counsel to Debtor
Dean G. Rallis, Jr.
Leib M. Lerner
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071

John C. Weitnauer
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424

Dwight Smith
Alston & Bird LLP
The Atlantic Building
950 F Street NW
Washington, DC 20004

U.S. Trustee
Peter C. Anderson
Office of the U.S. Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Federal Deposit Insurance Corporation
c/o Allan H. Ickowitz
    John W. Kim
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071

Claire L. McGuire
Senior Counsel
FDIC
3501 Fairfax Drive, Room VS-D-7078
Arlington, VA 22226-3500

B. Amon James Esq.
Counsel
FDIC
3501 Fairfax Drive, Room VS-D-7074
Arlington, VA 22226-3500

Alan Z. Yudkowsky
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086

Kristopher M. Hansen
Sayan Bhattacharyya
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Kristopher M. Hansen
Sayan Bhattacharyya
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982