DAVID M. STERN (State Bar No. 67697)
MATTHEW C. HEYN (State Bar No. 227474)
KEVIN E. DEENIHAN (State Bar No. 260391)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:    mheyn@ktbslaw.com, dstern@ktbslaw.com

Attorneys for Alfred H. Siegel as Chapter 7 Trustee

FILED & ENTERED

JUL 14 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

INDYMAC BANCORP, INC.,
a Delaware corporation,

Debtor.

Case No.: 2:08-21752-BB

Chapter 7

**ORDER APPROVING STIPULATION RE: RELIEF FOR CERTAIN INSURANCE PROCEEDS FOR THE SEC INVESTIGATION FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

**No Hearing Required**

[Re:    Docket Nos. 181, 183, 338]

On July 6, 2009, Alfred H. Siegel, as Chapter 7 Trustee (the "Trustee") for IndyMac Bancorp, Inc. (the "Debtor"), filed the *Stipulation re: Relief for Certain Insurance Proceeds for the SEC Investigation from the Automatic Stay under 11 U.S.C. § 362* [Docket no. 338] (the "Stipulation") entered into by and among the Trustee; the Federal Deposit Insurance Corporation (the "FDIC"), as Receiver for IndyMac Bank, F.S.B. (the "Bank"), and as Receiver for IndyMac Federal Bank, F.S.B, as applicable; and James Banks, as identified in the Stipulation.

The Court has read and considered the Stipulation and the Court finding good cause therefore;

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. Mr. Banks is hereby added as a party to the *Stipulation Resolving Motions of Current and/or Former IndyMac Directors and Officers for Determination that Certain Insurance Proceeds Are Not Subject to the Automatic Stay and/or Relief from the Automatic Stay under 11 U.S.C. § 362* [Docket No. 181], which this Court approved by Order dated December 15, 2008 [Docket No. 183], and is subject to the terms and conditions set forth therein as though he had been a party to the original Stipulation approved on December 15, 2008; <u>provided, however</u>, that Mr. Banks and his counsel shall be allowed to access no more than $20,000 of defense costs under this Stipulation or the Stipulation approved on December 15, 2008, subject to modification either by order of the court or mediation proceedings.

DATED: July 14, 2009

_____
United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| INDYMAC BANCORP, INC., a Delaware corporation, | |
| Debtor(s). | CASE NUMBER 2:08-21752-BB |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)      ORDER APPROVING STIPULATION RE: RELIEF FOR CERTAIN INSURANCE PROCEEDS FOR THE SEC INVESTIGATION FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362      was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of           July 6, 2009          , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                 **F 9021-1.1**

| | |
|---|---|
| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER  2:08-21752-BB |

**SERVICE VIA NOTICE OF ELECTRONIC FILING:**

- Vanessa L Au    vanessaau@paulhastings.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Laura L Buchanan    lbuchanan@ktbslaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Joseph A Eisenberg    jae@jmbm.com
- David K Eldan    malvarado@pmcos.com
- Barney A Eskandari    bernard.eskandari@mto.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Matthew Heyn    mheyn@ktbslaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Leib M Lerner    leib.lerner@alston.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Gilbert Mikalian    gmikalian@richardsonpatel.com
- Aram Ordubegian    aordubegian@richardsonpatel.com
- Dean G Rallis Jr    dean.rallis@alston.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Michael Reed    kmorriss@mvbalaw.com, dgibson@mvbalaw.com;dgoff@mvbalaw.com
- Todd J Rosen    todd.rosen@mto.com
- Alfred H Siegel    ahstrustee@horwathcal.com, ca51@ecfcbis.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R Zaro    dzaro@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| | |
|---|---|
| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><br>                                                                         Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08-21752-BB |

## SERVED VIA U.S. MAIL

Attorneys for Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabriel E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, and Bruce G. Willison, Lynnette Antosh and Raphael Bostic
John W. Spiegel, Esq.
Lawrence C. Barth, Esq.
Todd J. Rosen, Esq.
Munger, Tolles & Olson LLP
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

Attorneys for Michael W. Perry
D. Jean Veta, Esq.
Michael St. Patrick Baxter, Esq.
David Bayless, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004

Tammy Albarran, Esq.
Jessica D. Gabel, Esq.
Covington & Burling LLP
1 Front Street, 35th Floor
San Francisco, CA 94111

Attorneys for S. Blair Abernathy
Robert H. Fairbank, Esq.
Richard D. Gluck, Esq.
Fairbank & Vincent
11755 Wilshire Blvd., Suite 2320
Los Angeles, CA 90025

Attorneys for Richard H. Wohl
John K. Villa, Esq.
Stephen D. Andrews, Esq.
Jason T. Wright, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

Attorneys for A. Scott Keys
Gregory S. Bruch, Esq.
Julie A. Smith, Esq.
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

Attorneys for A. Scott Keys
Mitchell J. Auslander, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Attorneys for Debtor
John C. Weitnauer, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309

Debtor
IndyMac Bancorp., Inc.
c/o Edwin Woodsome, Esq.
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

Hon. Dickran M. Tevrizian (Ret.)
JAMS
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                                 **F 9021-1.1**

Main Document    Page 6 of 6

| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:08-21752-BB |
|---|---|

<u>Attorneys for FDIC</u>
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
Attn: Allan Ickowitz, Esq., Tom Long, Esq., John Kim, Esq.

<u>Attorneys for Former Officers and Directors of IndyMac Bank</u>
Corbin, Fitzgerald & Athey
601 W. Fifth Street, Suite 1150
Los Angeles, CA 90071
Attn: Robert Corbin, Esq., Joel Athey, Esq.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9021-1.1**