DAVID M. STERN (State Bar No. 67697)
MATTHEW C. HEYN (State Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mheyn@ktbslaw.com, dstern@ktbslaw.com

Attorneys for Alfred H. Siegel as Chapter 7 Trustee

FILED & ENTERED

DEC 22 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY queen    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

INDYMAC BANCORP, INC.,
a Delaware corporation,

Debtor.

Case No.: 2:08-21752-BB

Chapter 7

**ORDER APPROVING STIPULATION RE: RELIEF FOR CERTAIN INSURANCE PROCEEDS FOR NEW YORK LOCAL COUNSEL FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

[Re Docket No. 383]

On December 3, 2009, Alfred H. Siegel as Chapter 7 Trustee filed the *Stipulation Re: Relief for Certain Insurance Proceeds for New York Local Counsel from the Automatic Stay under 11 U.S.C. § 362* [Docket No. 383] (the "Stipulation").  The Court has read and considered the Stipulation and, finding good cause therefore,

**IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**.

2. Relief from stay is **GRANTED** on the terms and conditions set forth in the Stipulation.

3. This Order shall be effective upon entry and the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

###

DATED: December 22, 2009

_____
United States Bankruptcy Judge

1

| In re: | CHAPTER 7 |
| INDYMAC BANCORP, INC. | |
| Debtor(s). | CASE NUMBER 2:08-21752-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 AVENUE OF THE STARS, 39TH FLOOR, LOS ANGELES, CA 90067

The foregoing document described *[PROPOSED] ORDER APPROVING STIPULATION RE: RELIEF FOR CERTAIN INSURANCE PROCEEDS FOR NEW YORK LOCAL COUNSEL FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___December 3, 2009___ I will serve the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___December 3, 2009___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Judge Sheri Bluebond
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2009 | Marcy Serpas | /s/Marcy Serpas |
| *Date* | *Type Name* | *Signature* |

| In re:<br>INDYMAC BANCORP, INC. | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:08-21752-BB |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)    **ORDER APPROVING STIPULATION RE: RELIEF FOR CERTAIN INSURANCE PROCEEDS FOR NEW YORK LOCAL COUNSEL FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**    was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    December 3, 2009   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re:<br>INDYMAC BANCORP, INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:08-21752-BB |
|---|---|

## NOTICE OF ELECTRONIC FILING SERVICE LIST:

- Vanessa L Au    vanessaau@paulhastings.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Laura L Buchanan    lbuchanan@ktbslaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Kevin E Deenihan    kdeenihan@ktbslaw.com
- Joseph A Eisenberg    jae@jmbm.com
- David K Eldan    malvarado@pmcos.com
- Barney A Eskandari    bernard.eskandari@mto.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Matthew Heyn    mheyn@ktbslaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Leib M Lerner    leib.lerner@alston.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Gilbert Mikalian    gmikalian@richardsonpatel.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Michael Reed    kmorriss@mvbalaw.com, dgibson@mvbalaw.com;dgoff@mvbalaw.com
- Todd J Rosen    todd.rosen@mto.com
- Alfred H Siegel    ahstrustee@horwathcal.com, ca51@ecfcbis.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R Zaro    dzaro@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

| | |
|---|---|
| In re:<br>INDYMAC BANCORP, INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:08-21752-BB |

## SERVICE VIA U.S. MAIL

<u>Attorneys for Louis E. Caldera, Stuart A. Gabriel, Lyle E. Gramley, Gabriel E. Greene, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, John F. Seymour, Bruce G. Willison, Lynnette Antosh and Raphael Bostic</u>
John W. Spiegel, Esq.
Lawrence C. Barth, Esq.
Todd J. Rosen, Esq.
Munger, Tolles & Olson LLP
355 S. Grand Ave., Suite 3500
Los Angeles, CA 90071

<u>Attorneys for Michael W. Perry</u>
D. Jean Veta, Esq.
Michael St. Patrick Baxter, Esq.
David Bayless, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004

Benjamin J. Razi, Esq.
D. Jean Veta, Esq.
Covington & Burling LLP
1 Front Street, 35th Floor
San Francisco, CA 94111

<u>Attorneys for S. Blair Abernathy</u>
Robert H. Fairbank, Esq.
Richard D. Gluck, Esq.
Fairbank & Vincent
11755 Wilshire Blvd., Suite 2320
Los Angeles, CA 90025

<u>Attorneys for Richard H. Wohl</u>
John K. Villa, Esq.
Stephen D. Andrews, Esq.
Jason T. Wright, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

<u>Attorneys for A. Scott Keys</u>
Gregory S. Bruch, Esq.
Julie A. Smith, Esq.
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**

| In re:<br>INDYMAC BANCORP, INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:08-21752-BB |
|---|---|

Attorneys for A. Scott Keys
Mitchell J. Auslander, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Attorneys for Debtor
John C. Weitnauer, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309

Debtor
IndyMac Bancorp., Inc.
c/o Edwin Woodsome, Esq.
Orrick, Herrington & Sutcliffe, LLP
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017

Hon. Dickran M. Tevrizian (Ret.)
JAMS
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017

Attorneys for FDIC
Nossaman LLP
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071
Attn: Allan Ickowitz, Esq., Tom Long, Esq., John Kim, Esq.

Attorneys for Former Officers and Directors of IndyMac Bank
Corbin, Fitzgerald & Athey
601 W. Fifth Street, Suite 1150
Los Angeles, CA 90071
Attn: Robert Corbin, Esq., Joel Athey, Esq.

Attorney for James Banks
David C. Scheper, Esq.
Jean M. Nelson, Esq.
Scheper Kim & Overland LLP
601 W. Fifth St., 12th Floor
Los Angeles, CA 90071-2025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9021-1.1**

| In re: | CHAPTER 7 |
|---|---|
| INDYMAC BANCORP, INC. | |
| Debtor(s). | CASE NUMBER 2:08-21752-BB |

<u>Attorneys for Kenneth Shellem and Richard S. Koon II</u>
Jeffrey G. Varga, Esq.
Bradley W. Bloodworth, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street NW
Washington, DC 20005

<u>Attorney for Kenneth Shellem and Richard S. Koon II</u>
Kirby D. Behre, Esq.
Vanessa L. Au., Esq.
Paul, Hastings, Janofsky & Walker LLP
575 So. Flower St., 25th Floor
Los Angeles, CA 90071

Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, NY 10022
Attn: Eric R. Levine

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**