1  Lee R. Bogdanoff (Cal. Bar No. 119542)
   Matthew C. Heyn (Cal. Bar No. 227474)
2  Korin A. Elliott (Cal. Bar No. 260363)
   KLEE, TUCHIN, BOGDANOFF & STERN LLP
3  1999 Avenue of the Stars, 39th Floor
   Los Angeles, California 90067-6049
4  Telephone:    (310) 407-4000
   Facsimile:    (310) 407-9090
5  Email:    lbogdanoff@ktbslaw.com; mheyn@ktbslaw.com
             kelliott@ktbslaw.com
6
   Bankruptcy Counsel for Alfred H. Siegel
7  as Chapter 7 Trustee

8

9                  UNITED STATES BANKRUPTCY COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                     LOS ANGELES DIVISION

12  In re

13  INDYMAC BANCORP, INC.,          Case No.:  2:08-21752-BB
    a Delaware corporation,
14                                  Chapter 7
             Debtor.
15
                                    ORDER GRANTING FEE APPLICATIONS
16                                  OF CHAPTER 7 TRUSTEE AND
                                    PROFESSIONALS EMPLOYED IN THIS
17                                  CASE

18                                  [Re Docket Nos. 384, 386, 387, 388, 389, 390]

19
                                         **Hearing**
20                                  Date:    January 7, 2010
21                                  Time:    10:00 a.m.
                                    Place:   Courtroom 1475
22                                           255 East Temple St.
                                             Los Angeles, CA 90012
23                                  Judge:   Hon. Sheri Bluebond
24

25

26

27

28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

FILED & ENTERED

JAN 15 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

On January 7, 2010 at 10:00 a.m., in the above-captioned chapter 7 case, the Court held a hearing on (1) the *Third Interim Report and Account of Alfred H. Siegel, Chapter 7 Trustee; and Application of Chapter 7 Trustee for Award of Interim Compensation and Reimbursement of Expenses* [Docket No. 387]; (2) the *Fourth Interim Application of Klee, Tuchin, Bogdanoff & Stern LLP for Allowance and Payment of Fees and Expenses Incurred as Bankruptcy Counsel for the Chapter 7 Trustee for the Period From August 1, 2009 Through November 30, 2009* [Docket No. 386]; (3) the *Third Interim Application for Compensation and Reimbursement of Expenses of Crowe Horwath, LLP Accountants for the Chapter 7 Trustee* [Docket No. 389]; (4) the *Fourth Application of Jeffer, Mangels, Butler & Marmaro LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses as Special Counsel to Chapter 7 Trustee [August 1, 2009 through November 30, 2009]* [Docket No. 384]; (5) *Second Interim Application of BuckleySandler LLP for Allowance and Payment of Fees and Expenses Incurred as Special Counsel for the Chapter 7 Trustee for the Period From July 11, 2009 Through December 7, 2009* [Docket No. 390]; and (6) the *Third Interim Application of J Beck & Associates, Inc. for Allowance and Payment of Fees and Expenses Incurred as Advisor to the Chapter 7 Trustee for the Period from August 1, 2009 through November 30, 2009* [Docket No. 388] (collectively, the "Interim Fee Applications").

In the Interim Fee Applications, Alfred H. Siegel, as Chapter 7 Trustee (the "Trustee") and the above-listed professionals employed in the case requested the following compensation:

(a) The Trustee, for the period from July 1, 2009 through November 30, 2009, requested fees in the amount of $110,202.43 (none attributable to expenses);

(b) Klee, Tuchin, Bogdanoff & Stern LLP, bankruptcy counsel to the Trustee, for the period from August 1, 2009 through November 30, 2009, requested fees and expenses in the amount of $218,157.69, with $211,634.62 attributable to fees and $6,523.07 attributable to expenses incurred;

(c) Crowe Horwath LLP, the Trustee's accountants, for the period August 1, 2009 through November 30, 2009, requested fees and expenses in the amount of $193,822.27, with $191,234.80 attributable to fees and $2,620.47 attributable to expenses incurred;

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

(d) Jeffer, Mangels, Butler & Marmaro LLP, the Trustee's special counsel for insurance matters, for the period from August 1, 2009 through November 30, 2009, requested fees and expenses in the amount of $33,385.02, with $32,626.00 attributable to fees and $759.02 attributable to expenses incurred;

(e) BuckleySandler LLP, the Trustee's special counsel, for the period from July 11, 2009 through December 7, 2009, requested fees and expenses in the amount of $796,393.37, with $787,465.51 attributable to fees and $8,927.86 attributable to expenses incurred; and

(f) J Beck & Associates, Inc., the Trustee's advisor on matters relating to the administration of bankruptcy and other insolvency proceedings involving financial institutions, for the period from August 1, 2009 through November 30, 2009, requested fees in the amount of $7,322.50 (none attributable to expenses).

The Court has reviewed and considered the Interim Fee Applications, the notice of hearing on the Interim Fee Applications, the supporting declarations and other documents filed in connection with the Interim Fee Applications, and the record in this case.  Based upon this review and consideration, the Court finds that: (1) the Interim Fee Applications comply with Bankruptcy Code section 331, Federal Rule of Bankruptcy Procedure 2016, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California, and the relevant guidelines promulgated by the Office of the United States Trustee for the Central District of California; (2) notice of the hearing on the Interim Fee Applications was adequate and appropriate under the circumstances and no further notice need be given; and (3) other good and sufficient cause exists for granting the relief requested in the Interim Fee Applications.

**THEREFORE, IT IS HEREBY ORDERED:**

1.    The Trustee is allowed, on an interim basis, fees in the amount of $110,202.43 for the period from July 1, 2009 through November 30, 2009.

2.    Klee, Tuchin, Bogdanoff & Stern LLP is allowed, on an interim basis, fees in the amount of $211,634.62 and expenses in the amount of $6,523.07 for the period from August 1, 2009 through November 30, 2009.

Order#51582#6e18e0f8-ce5f-427a-9f3d-e933d9d2370f.doc

3.      Crowe Horwath LLP is allowed, on an interim basis, fees in the amount of $191,234.80 and expenses in the amount of $2,620.47 for the period from August 1, 2009 through November 30, 2009.

4.      Jeffer, Mangels, Butler & Marmaro LLP is allowed, on an interim basis, fees in the amount of $32,626.00 and expenses in the amount of $759.02 for the period from August 1, 2009 through November 30, 2009.

5.      BuckleySandler is allowed, on an interim basis, fees in the amount of $787,465.51 and expenses in the amount of $8,927.86 for the period from July 11, 2009 through December 7, 2009.

6.      J Beck & Associates, Inc. is allowed, on an interim basis, fees in the amount of $7,322.50 for the period from August 1, 2009 through November 30, 2009.

7.      The payments made to date are ratified and the Trustee is hereby authorized, upon entry of this order, to pay 100% of the fees and expenses allowed in this Order on a pro-rata basis from available funds.

                                        ###

DATED: January 15, 2010

_____
United States Bankruptcy Judge

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><br>                                                    Debtor(s). | CHAPTER 7<br><br>CASE NUMBER  2:08-21752-BB |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The foregoing document described _____**ORDER GRANTING FEE APPLICATIONS OF CHAPTER 7 TRUSTEE AND PROFESSIONALS EMPLOYED IN THIS CASE**_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 7, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___January 7, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2010 | Apryl C. Bond | /s/ Apryl C. Bond |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER  2:08-21752-BB |

## NOTICE OF ELECTRONIC FILING SERVICE LIST:

- Vanessa L Au      vanessaau@paulhastings.com
- Robert R Barnes      bbarnes@allenmatkins.com
- Lee Bogdanoff      lbogdanoff@ktbslaw.com
- Laura L Buchanan      lbuchanan@ktbslaw.com
- Jon D Cantor      jdcantor@dykema.com
- Shawn M Christianson      cmcintire@buchalter.com
- Nicolas A Daluiso      ndaluiso@robinsontait.com
- Kevin E Deenihan      kdeenihan@ktbslaw.com
- Joseph A Eisenberg      jae@jmbm.com
- David K Eldan      malvarado@pmcos.com
- Barney A Eskandari      bernard.eskandari@mto.com
- Heather Fowler      heather.fowler@lw.com, colleen.rico@lw.com
- Elaine T Fuller      elaine.t.fuller@irscounsel.treas.gov
- Matthew Heyn      mheyn@ktbslaw.com
- Allan H Ickowitz      aickowitz@nossaman.com
- John W Kim      jkim@nossaman.com
- Leib M Lerner      leib.lerner@alston.com
- William Malcolm      bill@mclaw.org
- Ron Maroko      ron.maroko@usdoj.gov
- Gilbert Mikalian      gmikalian@richardsonpatel.com
- Aram Ordubegian      ordubegian.aram@arentfox.com
- Dean G Rallis Jr      drallis@sulmeyerlaw.com
- Kurt Ramlo      kurt.ramlo@skadden.com
- Michael Reed      othercourts@mvbalaw.com
- Todd J Rosen      todd.rosen@mto.com
- Richard J Sahatjian      rsahatjian@buckleysandler.com
- Andrew L. Sandler      asandler@buckleysandler.com
- Alfred H Siegel      ahstrustee@horwathcal.com, ca51@ecfcbis.com
- Timothy J Silverman      tim@sgsslaw.com
- John W. Spiegel      John.Spiegel@mto.com
- United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov
- D. Jean Veta      jveta@cov.com
- Alan Z Yudkowsky      ayudkowsky@stroock.com
- David R Zaro      dzaro@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><div align="right">Debtor(s).</div> | CHAPTER 7<br><br>CASE NUMBER 2:08-21752-BB |
|---|---|

## UNITED STATES MAIL SERVICE LIST:

Office of the United States Trustee
Attn:  Ron Maroko, Esq.
725 S. Figueroa Street, Suite 2600
Los Angeles, CA  90017

Alfred H. Siegel, Chapter 7 Trustee
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

Attorneys for Debtor
Attn: John C. Weitnauer, Esq.
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, GA  30309

Crowe Horwath LLP
Attn:  Lisa L. Irving
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

Jeffer, Mangels, Butler & Marmaro LLP
Attn:  Joseph A. Eisenberg P.C. and Julia J. Rider, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

BuckleySandler LLP
Attn: Benjamin Klubes, Esq. and Andrew Sandler, Esq.
1250 24th Street, NW
Suite 700
Washington, DC 20037

J Beck & Associates, Inc.
Attn: Jeffrey H. Beck
595 S. Federal Highway, Suite 600
Boca Raton, FL  33432

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><br>                                                       Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  2:08-21752-BB |
|---|---|

## NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)___**ORDER GRANTING FEE APPLICATIONS OF CHAPTER 7 TRUSTEE AND PROFESSIONALS EMPLOYED IN THIS CASE** _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9021-1.1**

| | |
|---|---|
| In re:<br>INDYMAC BANCORP, INC., a Delaware corporation,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER  2:08-21752-BB |

## NOTICE OF ELECTRONIC FILING SERVICE LIST:

- Vanessa L Au    vanessaau@paulhastings.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Laura L Buchanan    lbuchanan@ktbslaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Kevin E Deenihan    kdeenihan@ktbslaw.com
- Joseph A Eisenberg    jae@jmbm.com
- David K Eldan    malvarado@pmcos.com
- Barney A Eskandari    bernard.eskandari@mto.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Matthew Heyn    mheyn@ktbslaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Leib M Lerner    leib.lerner@alston.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Gilbert Mikalian    gmikalian@richardsonpatel.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Michael Reed    kmorriss@mvbalaw.com,
  dgibson@mvbalaw.com;dgoff@mvbalaw.com
- Todd J Rosen    todd.rosen@mto.com
- Alfred H Siegel    ahstrustee@horwathcal.com, ca51@ecfcbis.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R Zaro    dzaro@allenmatkins.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9021-1.1**