| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew C. Heyn    (SBN 227474)<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000 / Fax: (310) 407-9090<br><br>☑ *Attorney for* Alfred H. Siegel, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re  IndyMac Bancorp, Inc.<br><br><br>                                                                Debtor(s),<br><br><br>                                                                Plaintiff(s),<br><br>vs.<br><br><br><br>                                                                Debtor(s). | CHAPTER  7<br>CASE NUMBER 08-bk-21752- BB<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☐ See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Matthew C. Heyn              , 227474             , mheyn@ktbslaw.com
        *Name*                      *Bar ID Number*        *E-Mail Address*

☑ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Alfred H. Siegel, Chapter 7 Trustee

☐ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to Kurt Ramlo
New Firm/Government Agency Name DLA Piper, LLP
New Address 550 S. Hope Street, Suite 2300, Los Angeles, CA 90071
New Telephone Number (213) 330-7800              New Facsimile Number (213) 330-7600
New E-Mail Address kurt.ramlo@dlapiper.com

Notice of Change of Address or Law Firm

(September 2009)

**SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:**

☐ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☐ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☒ **TO BE TERMINATED FROM THE CASE:**\*\*
  ☐ I am, or
  ☒ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ☐ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ☐ I am, or
  ☒ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 10/4/10                                              _[signature]_
                                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| INDYMAC BANCORP, INC. a Delaware corporation | | | |
| | Debtor(s). | CASE NUMBER | 2:08-21752-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, 39th floor
Los Angeles, CA 90067

A true and correct copy of the foregoing document described    NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 4, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 4, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 4, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 4, 2010 | Matthew C. Heyn | /s/ Matthew C. Heyn |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| INDYMAC BANCORP, INC. a Delaware corporation | | | |
| | Debtor(s). | CASE NUMBER | 2:08-21752-BB |

**NOTICE OF ELECTRONIC FILING SERVICE LIST :**

- Vanessa L. Au    vanessaau@paulhastings.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Laura L Buchanan    lbuchanan@ktbslaw.com
- Shawn M Christianson    cmcintire@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com
- Kevin E. Deenihan    kdeenihan@ktbslaw.com
- Joseph A Eisenberg    jae@jmbm.com
- David K Eldan    malvarado@pmcos.com
- Barney A Eskandari    bernard.eskandari@mto.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Matthew Heyn    mheyn@ktbslaw.com
- Allan H Ickowitz    aickowitz@nossaman.com
- John W Kim    jkim@nossaman.com
- Leib M Lerner    leib.lerner@alston.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Gilbert Mikalian    gmikalian@richardsonpatel.com
- Aram Ordubegian    aordubegian@richardsonpatel.com
- Dean G Rallis Jr    dean.rallis@alston.com
- Kurt Ramlo    kurt.ramlo@skadden.com
- Michael Reed    kmorriss@mvbalaw.com, dgibson@mvbalaw.com;dgoff@mvbalaw.com
- Todd J Rosen    todd.rosen@mto.com
- Alfred H Siegel    ahstrustee@horwathcal.com, ca51@ecfcbis.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R. Zaro    dzaro@allenmatkins.com

**SERVICE LIST BY U.S. MAIL**

Alston & Bird LLP
Attn: John C. Weitnauer, Esq.
1201 W. Peachtree Street
Atlanta, GA 30309
**Attorney for Debtor**

Alfred H. Siegel, Chapter 7 Trustee
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Office of the United States Trustee
Attn: Ron Maroko
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1