Lee R. Bogdanoff (Cal. Bar No. 119542)
Matthew C. Heyn (Cal. Bar No. 227474)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: lbogdanoff@ktbslaw.com, mheyn@ktbslaw.com

Attorneys for Alfred H. Siegel solely as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

INDYMAC BANCORP, INC.,
a Delaware corporation,

Debtor.

Case No.: 2:08-21752-BB

Chapter 7

**STIPULATION TO ENTER INTO OFFER OF SETTLEMENT WITH THE U.S. SECURITIES AND EXCHANGE COMMISSION**

[ORDER APPROVING STIPULATION UPLOADED CONCURRENTLY HEREWITH]

**No Hearing Required**

This *Stipulation to Enter into Offer of Settlement with the U.S. Securities and Exchange Commission* (the "Stipulation") is entered into by and among Alfred H. Siegel, solely as the Chapter 7 Trustee (the "Trustee") for IndyMac Bancorp, Inc. (the "Debtor") and the U.S. Securities and Exchange Commission (the "SEC"), by and through their counsel.

WHEREAS, the SEC has contacted the Trustee and notified him that it intends to institute administrative proceedings against the Debtor for failure to file the periodic reports required by section 13(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 77m(a), and Rules 13a-1 and 13a-13 of the SEC regulations thereunder, 17 C.F.R. §§ 240.13a-1 and 240.13a-13; and

WHEREAS, the Trustee does not object to revoking the registration of the Debtor's securities and does not believe that the revocation of those securities' registration is contrary to the interests of the Debtor's creditors.

NOW, THEREFORE, the Parties, subject to Bankruptcy Court approval, do stipulate and agree as follows:

1. The Trustee is authorized to make the "Offer of Settlement of IndyMac Bancorp, Inc." attached hereto as Exhibit A.

2. The SEC's institution and prosecution of administrative proceedings for the purpose of revoking the registration of each class of the Debtor's securities is exempt from the automatic stay by virtue of 11 U.S.C. § 362(b)(4).

3. This Stipulation and the Order approving it shall not be deemed to waive the automatic stay except to the extent (if any) the stay is waived by paragraph 2 of this Stipulation.

IN WITNESS WHEREOF, the undersigned Parties, through their duly authorized counsel, have executed and delivered this Stipulation, as of the date set forth next to their signatures below.

DATED: January 19, 2011

KLEE, TUCHIN BOGDANOFF & STERN LLP

By: [signature]
Matthew C. Heyn
*Attorneys for Alfred H. Siegel solely as Chapter 7 Trustee of IndyMac Bancorp, Inc.*

DATED: January 11, 2011

SECURITIES AND EXCHANGE COMMISSION

By: [signature]
Nicholas S. Chung
*Senior Counsel, Office of Enforcement*
*U.S. Securities and Exchange Commission*