| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. STERN (State Bar No. 67697)<br>WHITMAN L. HOLT (State Bar No. 238198)<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067<br>Telephone: 310-407-4000<br>Facsimile: 310-407-9090<br>Email:  dstern@ktbslaw.com; wholt@ktbslaw.com<br><br>Attorneys for Alfred H. Siegel, Solely as Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>IndyMac Bancorp, Inc., | CASE NO.:  2:08-bk-21752-BB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  11/15/2017   .

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 03/16/2009 to 09/12/2017.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 10/02/2017

/s/ Whitman L. Holt
*Signature of the chapter 7 trustee or the trustee's attorney*

Whitman L. Holt
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## DECLARATION OF TRUSTEE

I, ALFRED H. SIEGEL_____, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate.  If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/02/2017 | ALFRED H. SIEGEL | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                         Page 3                           F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

On July 31, 2008, IndyMac Bancorp, Inc. (the "Debtor") filed its petition for relief under chapter 7 of the Bankruptcy Code. On August 4, 2008, the US Trustee duly appointed Alfred H. Siegel (the "Trustee") as interim chapter 7 trustee in the Debtor's bankruptcy case. On December 8, 2008, the Bankruptcy Court entered an order duly appointing Mr. Siegel as the permanent chapter 7 trustee.

In accordance with Bankruptcy Code section 704(a)(1), the Trustee has devoted substantial effort to collecting the estate's assets and reducing those assets to cash. By far the largest assets of the estate were litigation claims against the Debtor's former directors & officers and in respect of certain income tax refunds. The Trustee pursued each of these litigation efforts to the Ninth Circuit Court of Appeals over a period of approximately six years. The Trustee has also monetized several other additional assets, resulting in total recoveries to the estate of $78,170,534.37. The Trustee believes that all of the assets of the estate have been reduced to cash and does not anticipate collecting additional money on behalf of the estate.

The Trustee and his professionals have reviewed the proofs of claim filed in the bankruptcy case, have negotiated numerous stipulations or similar agreements liquidating and resolving the status and amounts of many filed claims, and have successfully pursued objections to other claims. As of the date hereof, there are no pending or additionally anticipated claim objections. There are a total of twenty-one (21) claims that were timely asserted and are not entitled to any priority. The aggregate allowed amount of these general unsecured claims is $528,532,105.65.

In the second half of 2016, the Trustee obtained the Bankruptcy Court's approval to implement interim distributions to priority and general unsecured creditors in the aggregate amount of $41,011,873.13. Those distributions have been effectuated, and further distributions to general unsecured creditors will made in connection with the final report process.

Since the interim distributions were made, the Trustee's accountants have finalized and prosecuted final tax returns on behalf of the Debtor (which required significant interfacing with the tax advisers for the Federal Deposit Insurance Corporation in its capacity as receiver of IndyMac Bank, as well as with the applicable taxing authorities) and are awaiting final tax clearance.

The Trustee anticipates that he will soon request that all the estate professional file their final fee applications in connection with moving to the final report, final distribution, and closing stage of this complex and long-pending chapter 7 case.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 4     **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　　　　　Page 5　　　　　　　　　　　**F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ 0.00_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$ 76,000.00_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$_____ Other: _____

$_____ Other: _____

$_____ Other: _____

**Total:** $ 76,000.00_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

The Trustee is seeking retroactive court approval for tax payments made over the life of the case. This case will be on a closing track as soon as final tax clearance is received in approximately 60 days. Pursuant to a memorandum from the Office of the US Trustee sent out in June 2015, the Trustee is operating out of an abundance of caution and noticing all creditors of the taxes paid during the time period March 2009 through September 2017.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                               Page 6                             **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) 10/02/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/02/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/02/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/02/2017 | Shanda D. Pearson | /s/ Shanda D. Pearson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                           Page 7                           **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**Additional Service Information:**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Vanessa L Au    vanessaau@paulhastings.com
- Martin R Barash    mbarash@ktbslaw.com, lbogdanoff@ktbslaw.com
- Robert R Barnes    bbarnes@allenmatkins.com, jbatiste@allenmatkins.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Danielle Brown - SUSPENDED -    dbrown@ktbslaw.com
- Laura L Buchanan    lbuchanan@sycr.com
- Jon D Cantor    jdcantor@dykema.com, ehayes@dykema.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com, ievans@robinsontait.com;njohnson@robinsontait.com
- Asheley G Dean    asheley.dean@hoganlovells.com
- Kevin E Deenihan    kdeenihan@ktbslaw.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- David K Eldan    malvarado@pmcos.com, rpinal@pmcos.com;efilings@pmcos.com
- Bernard A Eskandari    bernard.eskandari@doj.ca.gov
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Robert S Gebhard    robert.gebhard@sedgwicklaw.com, mark.mitobe@sedgwicklaw.com
- Stacy W Harrison    Stacy.Harrison@bingham.com, rita.burnett@tempbingham.com
- Matthew Heyn    mheyn@ktbslaw.com, mcheyn@outlook.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Whitman L Holt    wholt@ktbslaw.com
- Whitman L Holt    wholt@ktbslaw.com
- Kevin Hutty    BKClaimConfirmation@ftb.ca.gov
- Allan H Ickowitz    aickowitz@nossaman.com, mwiman@nossaman.com
- Douglas R Irvine    irvine@lbbslaw.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- J Trevor Johnston    tjohnston@mcguirewoods.com
- John C Keith    john_keith@fenkauf.com
- Louis E Kempinsky    lkempinsky@pwkllp.com
- John W Kim    johnkim@jwklawgroup.com
- Benjamin B Klubes    bklubes@buckleysandler.com
- Linda D Kornfeld    LKornfeld@jenner.com, ASeferyan@jenner.com
- Linda D Kornfeld    lkornfeld@jenner.com, ASeferyan@jenner.com
- Jeanne S Kuo    jkuo@tresslerllp.com
- Kenneth K Lee    docketing@jenner.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Annie Z Li    annie.li@skadden.com
- Ben H Logan    blogan@omm.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Katherine Mast    katherine.mast@sdma.com
- Gilbert Mikalian    gmikalian@drllaw.com
- Elizabeth L Musser    emusser@tresslerllp.com
- Ramon Naguiat    rnaguiat@skadden.com
- Vincent J Novak    vnovak@mofo.com
- Robert J Pfister    rpfister@ktbslaw.com
- Marie C Pollio    bankruptcy@goodwin.com, mpollio@goodwin.com;bankruptcyparalegal@goodwin.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

167289.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

- Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- Michael Reed    othercourts@mvbalaw.com
- Todd J Rosen    todd.rosen@mto.com, larry.polon@mto.com
- Richard J Sahatjian    rsahatjian@buckleysandler.com, bsaul@buckleysandler.com
- Andrew L. Sandler    asandler@buckleysandler.com
- Benjamin P Saul    bsaul@buckleysandler.com
- Bradley R Schneider    bradley.schneider@mto.com
- Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com
- John W. Spiegel    John.Spiegel@mto.com
- Damon A. Thayer    dthayer@shoreline-law.com, kbarone@shoreline-law.com
- Nancy R Thomas    nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- D. Jean Veta    jveta@cov.com
- Jonathan M Weiss    jweiss@ktbslaw.com
- Charles E Wheeler    , sroy@cozen.com
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R Zaro    dzaro@allenmatkins.com
- Tappan Zee    tzee@zeelawgroup.com
- Kathryn T. Zwicker    kzwicker@ktbslaw.com

167289.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AIG Bankruptcy Collection | David A. Levin | 70 Pine St., 28th Fl. | | | New York | NY | 10270 | |
| Alfred H. Siegel | | 15233 Ventura Blvd., 9th Floor | | | Sherman Oaks | CA | 91403 | |
| Alston & Bird LLP | Dean G. Rallis, Jr. and Leib M. Lerner | 333 South Hope Street, 16th Floor | | | Los Angeles | CA | 90071 | |
| Alston & Bird LLP | Dwight Smith | The Atlantic Building | 950 F Street NW | | Washington | DC | 20004 | |
| Alston & Bird LLP | John C. Weitnauer, Esq. | 1201 W. Peachtree Street | | | Atlanta | GA | 30309 | |
| Arent Fox LLP | Attn: Aram Ordubegian | 555 W. 5th Street | 48th Fl | | Los Angeles | CA | 90013 | |
| Ariel Investments Ltd. | c/o Scott & Scott LLP | Arthur L. Shingler III | 5455 Wilshire Blvd., Ste 1800 | | Los Angeles | CA | 90036 | |
| Authorized Agent for Secured Creditor Wells Fargo Bank, N.A. | c/o McCalla Raymer, LLC | Attn: John D. Schlotter | Bankruptcy Department | 1544 Old Alabama Road | Roswell | GA | 30076 | |
| Bank of America, NA succesor to LaSalle Bank | McGuire Woods LLP | Attn: Rick Viola, Karen Adams | 201 N. Tryon St., | | | | | |
| Bank Of America, Successor To LaSalle Bank | Attn: CDO Tr. Svc. - IndyMac Cap. Trust XII | 540 W. Madison St., Suite 2500 | | | Chicago | IL | 60661 | |
| Bank Of America, Successor To LaSalle Bank | Attn: CDO Tr. Svc. - IndyMac Master Trust | 540 W. Madison St., Suite 2500 | | | Chicago | IL | 60661 | |
| Bank Of America, Successor To LaSalle Bank | Attn: CDO Trust Svc. - IndyMac Cap. Tr. XI | 540 W. Madison St., Suite 2500 | | | Chicago | IL | 60661 | |
| Bank Of America, Successor To LaSalle Bank | Attn: CDO Trust Svc. - IndyMac Capital Tr. | 540 W. Madison St., Suite 2500 | | | Chicago | IL | 60661 | |
| Bank Of New York Mellon Trust Co. | c/o Seward & Kissel LLP | Attn: Ronald L. Cohen | One Battery Park Plaza | | New York | NY | 10004 | |
| Bank Of New York Mellon Trust Co. | The Bank of New York Mellon Trust Company, N.A. | Attn: J. Chris Matthews | 601 Travis, 16th Floor | | Houston | TX | 77002 | |
| Blair Abernathy | c/o Fairbank & Vincent | Attn: Robert Fairbank | 444 South Flower Street | suite 3860 | Los Angeles | CA | 90071 | |
| BNY Mellon Shareowner | Mellon Investor Services LLC | Accounting Dept. | PO Box 360857 | | Pittsburgh | PA | 15251 | |
| Bony Mellon Shareowner | c/o Sharon Knepper | 400 S. Hope St., 4th Fl. | | | Los Angeles | CA | 90071 | |
| Brent Frost | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Brian Carter | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Bruce G. Willison | | 1656 San Onofre Dr. | | | Pacific Palisades | CA | 90272 | |
| Bruce G. Willison | Munger Tolles & Olson LLP | c/o Todd J. Rosen | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| BuckleySandler LLP | Andrew L. Sandler | 1250 24th Street, NW, Suite 700 | | | Washington | DC | 20037 | |
| Burnet Central Appraisal District | c/o McCreary, Veselka, Bragg & Allen, PC | Michael Reed | 700 Jeffrey Way, Ste 100 | PO Box 1269 | Round Rock | TX | 78680 | |
| Business Wire Inc. | | 44 Montgomery St. 39th Fl | | | San Francisco | CA | 94104 | |
| Canise Arredondo | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Capital Group International Inc. | Capital Guardian Trust Company | 11100 Santa Monica Blvd. | | | Los Angeles | CA | 90025 | |
| Capital Intl Global High Yield Fund | Capital Guardian Trust Company | 11100 Santa Monica Blvd | 15th Floor | | Los Angeles | CA | 90025 | |
| Charles E. Wheeler | Cozen O'Connor | 501 W. Broadway | suite 1610 | | San Diego | CA | 92101 | |
| Christiana Bank & Trust Company | Corporate Trust Admin. | 1314 King Street | | | Wilmington | DE | 19801 | |
| Christina Ching | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| CIT Corporate Offices | | 11 West 42 Street | | | New York | NY | 10036 | |
| CIT Corporate Offices | | One CIT Drive | | | Livingston | NJ | 07039 | |
| Classic Fund Management | | Aktiengesellschaft Raetikonstrasse | 33 FL 9490 Vaduz | | | | | Principality of Liechtenstein |
| Coughlin Stoia Geller Rudman Robbin | John Folsom | c/o C. Kowalewski | 655 W. Broadway, Suite 1900 | | San Diego | CA | 92101 | |
| Coughlin Stoia Geller Rudman Robins | Darren Robbins and David Walton | 655 W. Broadway, Suite 1900 | | | San Diego | CA | 92101 | |
| Counsel to The Bank of New York Mellon AND The Bank of New York Mellon Trust Company, N.A. | Seward & Kissel LLP | Ronald L. Cohen, Justin L. Shearer | One Battery Park Plaza | | New York | NY | 10004 | |
| County Of Denton | c/o McCreary, Veselka, Bragg & Allen, PC | Michael Reed | 700 Jeffrey Way, Ste 100 | PO Box 1269 | Round Rock | TX | 78680 | |
| County Of Williamson | c/o McCreary, Veselka, Bragg & Allen, PC | Michael Reed | 700 Jeffrey Way, Ste 100 | PO Box 1269 | Round Rock | TX | 78680 | |
| Crowe Horwath LLP | Howard Grobstein | 15233 Ventura Blvd., 9th Floor | | | Sherman Oaks | CA | 91403 | |
| CSC Corporation Service Company | | 2711 Centerville Road | suite 400 | | Wilmington | DE | 19808 | |
| Dale Scott Heineman | | 32108 Alvarado Blvd., #381 | | | Union City | CA | 94587 | |
| Dan McAllister | San Diego County Treasurer-Tax Collector | Bankruptcy Desk | 1600 Pacific Highway, Room 162 | | San Diego | CA | 92101 | |
| David Danforth | | POB 1863 | | | Aspen | CO | 81612 | |
| David Hayes | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| David R. Scott | | 108 Norwich Avenue | PO Box 192 | | Colchester | CT | 06415 | |
| David R. Zaro | | 515 S. Figueroa Street | 7th Fl | | Los Angeles | CA | 90071 | |
| Denise Marie Freeman | | 5611 Japonica Ave. | | | Pensacola | FL | 92508 | |
| Deutsche Bank National Trust Company | Attn: IN04H2 | 1761 E. Saint Andrew Place | | | Santa Ana | CA | 92705 | |
| DHL Express (USA) Inc. | Legal Department | P.O. BOX 670227 | | | Houston | TX | 77267 | |
| Dykema Gossett PLLC | c/o Richard M. Bendix, Jr. | 10 S. Wacker Drive, Suite 2300 | | | Chicago | IL | 60606 | |
| Dykema Gossett PLLC | Sheryl L. Toby | 39577 Woodward Avenue | suite 300 | | Bloomfield Hills | MI | 48304 | |
| Dykema Gossett PLLC | Kevin Snyder | 333 South Grand Avenue | suite 2100 | | Los Angeles | CA | 90071 | |
| Elaine Burik | c/o James F. Selbach PC | 2700 Bellevue Ave. | | | Syracuse | NY | 13219 | |
| Ernst & Young | | 725 South Figueroa Street | | | Los Angeles | CA | 90017 | |
| FDIC | Claire L. McGuire, Senior Counsel | 3501 Fairfax Drive, Room VS-D-7078 | | | Arlington | VA | 22226 | |
| Federal Deposit Insurance Corporation | B. Amon James Esq. and Nicholas Katsonis, Esq. | 3501 Fairfax Drive, Room VS-D-7074 | | | Arlington | VA | 22226 | |
| Federal Deposit Insurance Corporation | c/o Allan H. Ickowitz, John W. Kim | Nossaman LLP | 445 S. Figueroa Street, 31st Floor | | Los Angeles | CA | 90071 | |
| First Mutual Trust of Switzerland 1918 AG | | Baarester 63 | | | 6300 Zug-Switzerland | | | Switzerland |
| Franchise Tax Board | Special Procedures Section | POB 2952 | | | Sacramento | CA | 95812 | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Francisco Nebot | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Gabrielle E. Greene | | 1040 S. Arroyo Blvd. | | | Pasadena | CA | 91105 | |
| Gilbert & Sackman, A Law Corporation | Joseph L. Paller, Jr., Michael D. Weiner | 3699 Wilshire Blvd., Suite 1200 | | | Los Angeles | CA | 90010 | |
| Glancy Binkow & Goldberg LLP | Frederick W. Gerkens III | 1925 Century Park East | suite 2100 | | Los Angeles | CA | 90067 | |
| Glancy Binkow & Goldberg LLP | Lionel Glancy and Peter Binkow | 1801 Avenue of the Stars, Suite 311 | | | Los Angeles | CA | 90067 | |
| Hartford Specialty Co | C/O Hartford Fire Ins Co | Bkcy Unit T-1-55 | Hartford Plaza | | Hartford | CT | 06115 | |
| Hewlett-Packard Company | Mr. Ken Higman, Sr. Default & Recover Analyst | 2125 E. Katella Avenue | | | Anaheim | CA | 92806 | |
| Hewlett-Packard Company | Ms. Anne Marie Kennelly, Corporate Counsel | 3000 Hanover Street | Mailstop 1050 | | Palo Alto | CA | 94304 | |
| Hewlett-Packard Company | Ms. Ramona Neal, Corporate Counsel | 11311 Chinden Blvd. | Mailstop 314 | | Boise | ID | 83714 | |
| Holt, Susanna | | 645 Rodeo Road | | | Sedona | AZ | 86336 | |
| Horwitz Horwitz & Paradis | Paul O. Paradis | 570 Fashion Avenue | #20 | | New York | NY | 10018 | |
| Hugh M. Grant | | 1060 Kewen Dr. | | | San Marino | CA | 91108 | |
| Hugh M. Grant | Munger Tolles & Olson LLP | c/o Todd J. Rosen | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| IBM Corporation | Attn: Vicky Namken, Bankruptcy Coordinator | 13800 Diplomat Drive | | | Dallas | TX | 75234 | |
| Ikon Office Solutions | Accounts Receivable Center | Attn: Bkcy Team | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | |
| Image Masters Inc. | Lawrence K. Kotler | 30 S. 17th St. | | | Philadelphia | PA | 19103 | |
| IndyMac Bank FSB | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| lndyMac Capital Trust IX | LaSalle Bank NA | Attn: COO Trust Services Group | 135 S. LaSalle St, Suite 1511 | | Chicago | IL | 60603 | |
| lndyMac Capital Trust X | Wilmington Trust Company | Attn: Corporate Capital Markets | Rodney Square North | 1100 North Market Street | | | 19890 | |
| lndyMac Capital Trust XI | LaSalle Bank NA | Attn: CDO Trust Services Group | 135 S. LaSalle St, Suite 1511 | | Chicago | IL | 60603 | |
| lndyMac Capital Trust XII | Christiana Bank & Trust Co. | Attn: Corporate Trust Admin | 1314 King Street | | Wilmington | DE | 19801 | |
| lndyMac Capital Trust XIII | Wilmington Trust Company | Attn: Corporate Capital Markets | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| IndyMac Intermediate Holdings Inc. | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| lndyMac Master Trust | LaSalle Bank NA | Attn: CDO Trust Services Group | 135 S. LaSalle St, Suite 1511 | | Chicago | IL | 60603 | |
| Internal Revenue Service | Attn: Marvin Samuels | 300 N. Los Angeles Street | Mail Stop 5022 | | Los Angeles | CA | 90012 | |
| Iron Mountain Information Management, Inc. | c/o Frank F. McGinn | Bartlett Feinberg P.C. | 155 Federal Street, 9th Floor | | Boston | MA | 02110 | |
| Iron Mountain Information Management, Inc. | R. Frederick Linfesty, Esq. | 745 Atlantic Ave., 10th Fl. | | | Boston | MA | 02111 | |
| IRS - Department Of The Treasury | Internal Revenue Service | PO Box 21125 | | | Philadelphia | PA | 19114 | |
| Jeff D. Kahane | Duane Morris LLP | 865 Figueroa Street | suite 3100 | | Los Angeles | CA | 90017 | |
| Jeffer Mangels Butler Marmaro LLP | Joseph A. Eisenberg P.C., Julia J. Rider | 1900 Avenue of the Stars, 7th Floor | | | Los Angeles | CA | 90067 | |
| Jeffrey D. Sternklar | Duane Morris | 470 Atlantic Avenue | suite 500 | | Boston | MA | 02210 | |
| Jeffrey H. Beck | J Beck & Associates | 595 S. Federal Highway | suite 600 | | Boca Raton | FL | 33432 | |
| Jeffrey Washington, Individually And On Behalf Of A Class Of Similarly Situated Individuals | Mower Carreon & Desai | Aashish Y. Desai, Esq. | 8001 Irvine Drive, Ste 1450 | | Irvine | CA | 92618 | |
| Jim Barbour | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| Jim Metcalfe | c/o Kenneth A. Wexler, Edward A. Wallace, Melisa Twomey | Wexler Toriseva Wallace LLP | 55 W. Monroe, Suite 3300 | | Chicago | IL | 60603 | |
| John Folsom | c/o Coughlin Stoia Geller Rudman & Robbins | Catherine J. Kowalewski | 655 W Broadway, Ste 1900 | | San Diego | CA | 92101 | |
| John Olinski | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| John Seymour | c/o Todd J. Rosen | Munger Tolles & Olsen LLP | 355 S. Grand Ave., 35th Fl. | | Los Angeles | CA | 90071 | |
| JP Morgan Securities, LLC | c/o Parker, Milliken, Clark, O'Hara & Samuelian | Attn: David K. Eldan | 555 S. Flower Street, 30th Fl. | | Los Angeles | CA | 90017 | |
| JPMorgan Chase | c/o CT Corporation System | 818 Seventh Street | | | Los Angeles | CA | 90017 | |
| JPMorgan Chase | | 1111 Polaris Parkway | | | Columbus | OH | 43240 | |
| Kathy Cernak, Individually And On Behalf Of A Class Of Similarly Situated Individuals | Mower Carreon & Desai | Aashish Y. Desai, Esq. | 8001 Irvine Drive, Ste 1450 | | Irvine | CA | 92618 | |
| Keller, Fishback & Jackson, LLP | Jim Metcalfe | c/o Daniel L. Keller, Stephen M. Fishback | 18425 Burbank Blvd., Suite 610 | | Tarzana | CA | 91356 | |
| Kirbe Behre | Paul Hastings Janofsky & Walker LLP | Attn: Vanessa L. Au | 515 S. Flower Street | 25th FL | Los Angeles | CA | 90071 | |
| Kurt F. Johnson | | 32108 Alvarado Blvd., #381 | | | Union City | CA | 94587 | |
| LA County Treasurer and Tax Collector | Attn: Linda D. Ramos | P.O. Box 54110 | | | Los Angeles | CA | 90051 | |
| LA County Treasurer and Tax Collector | | P.O. Box 54110 | | | Los Angeles | CA | 90054-0110 | |
| Larry D. Gatewood | | 13231 Midway Rd | | | King George | VA | 22485 | |
| LaSalle Bank National Association | Attn: DCO Trust Services Group | 135 S. LaSalle Street, Suite 1511 | | | Chicago | IL | 60603 | |
| Law Offices of James V. Bashian PC | James V. Bashian | 500 Fifth Avenue, Suite 2700 | | | New York | NY | 10110 | |
| Lee Squitieri | Stephen J. Fearon, Jr. | Squitieri & Fearon LLP | 32 East 57th Street, 12th Floor | | New York | NY | 10022 | |
| Legg Mason Opportunity Trust | | 100 Light Street | | | Baltimore | MD | 21202 | |
| Lehman ABS Corporation | c/o Wilmington Trust Co. as owner Trustee | 745 Seventh Avenue | | | New York | NY | 10019 | |
| Lehman ABS Corporation | c/o Wilmington Trust Company as owner Trustee | P.O. Box 8894 | | | Wilmington | DE | 19899 | |
| Lehman ABS Corporation | c/o the Apprentice-Hall Corp. System | 2711 Centerville Road | | | Wilmington | DE | 19808 | |
| Lehman ABS Corporation | Attn: Officer or Managing or General Agent | 745 Seventh Avenue | | | New York | NY | 10019 | |
| Louis E. Caldera | | 9601 Peralta Rd. NE | | | Albuquerque | NM | 87109 | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Louis E. Caldera | c/o Todd J. Rosen | Munger Tolles & Olson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| Lydia H. Kennard | | 1930 Mendocino Lane | | | Altadena | CA | 91001 | |
| Lydia H. Kennard | c/o Todd J. Rosen | Munger Tolles & Olson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| Lyle E. Gramley | c/o Todd J. Rosen | Munger Tolles & Olson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| Lyle E. Gramley | | 6306 Tone Drive | | | Bethesda | MD | 20817 | |
| Manatee County Tax Collector | Ken Burton, Jr., CFC | PO Box 25300 | | | Bradenton | FL | 34206 | |
| Mandana Gholamhossein | c/o Patrick Laikin | Ebanks Taylor Horne | 1301 McKinney, Ste. 2700 | | Houston | TX | 77010 | |
| Mario Melillo | | 3606 Sara Dr. | | | Torrance | CA | 90503 | |
| Marysela Sandoval, Individually And On Behalf Of A Class Of Similarly Situated Individuals | Mower Carreon & Desai | Aashish Y. Desai, Esq. | 8001 Irvine Drive, Ste 1450 | | Irvine | CA | 92618 | |
| Matthew A. Olins | Duane Morris LLP | 190 South LaSalle Street | suite 3700 | | Chicago | IL | 60603 | |
| Mazal Investment Partnership | c/o Coughlin Stoia | Geller Rudman & Robbins | 655 W Broadway Ste 1900 | | San Diego | CA | 92101 | |
| Mazal Investment Partnership | c/o Coughlin Stoia Geller Rudman & Robbins | 655 W Broadway, Ste 1900 | | | San Diego | CA | 92101 | |
| Meg Wade | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Mei Siew Chong | | 8501 Cape Cod Ave. | | | Fountain Valley | CA | 92708 | |
| Michael Perry | c/o David B. Bayless, Tammy Albarran, Jessica D. Gabel | Covington & Burling LLP | 1 Front Street, 35th Floor | | San Francisco | CA | 94111 | |
| Michael Perry | c/o Michael St. Patrick Baxter, Aisha L. Williams | Covington & Burling LLP | One CityCenter | 850 Tenth Street, NW | Washington | DC | 20001 | |
| Michael W. Perry | c/o D. Jean Veta | Covington & Burling LLP | One CityCenter | 850 Tenth Street, NW | Washington | DC | 20001 | |
| Morgan Stanley Mortgage Capital Inc | Attn: Andrew Neuberger | 1221 Avenue of the Americas, 27th Floor | | | New York | NY | 10020 | |
| Morgan Stanley mortgage Capital Inc. as Buyer Agent | | 1221 Avenue of the Americas, 27th Fl. | | | new York | NY | 10020 | |
| Nicolas A. Daluiso | | 705 Second Avenue | suite 1700 | | Seattle | WA | 98104 | |
| NWQ Investment Management Co LLC | | 2049 Century Park East, 16th Floor | | | Los Angeles | CA | 90067 | |
| Oak Point Partners | Attn: Janice Alwin | P.O. Box 1033 | | | Northbrook | IL | 60065 | |
| Office of the United States Trustee | Attn: Peter C. Anderson | 725 S. Figueroa Street, Suite 2600 | | | Los Angeles | CA | 90017 | |
| Office of the United States Trustee | Attn: Ron Maroko | 915 Wilshire Boulevard | suite 1850 | | Los Angeles | CA | 90017 | |
| Office of Thrift Supervision | | 1700 G Street NW | | | Washington | DC | 20552 | |
| Ohio Department Of Taxation | Attorney - Bankruptcy Division | Rebecca L. Daum | PO Box 530 | | Columbus | OH | 43216 | |
| Ohio Department Of Taxation | Attorney General of the State of Ohio, Collection Enforcement | 150 E. Gay Street | 21st Floor | | Columbus | OH | 43215 | |
| Ohio Department Of Taxation | | 30 East Broad Street | | | Columbus | OH | 43215 | |
| One West Bank | Attn: Kurt Johnson | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| One West Bank | Attn: Martha Belcher | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| One West Bank | Attn: Simon Mekari | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| One West Bank | Attn: Andrea Voulgaropoulos | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| One West Bank Mortgage Servicing | | P.O. Box 4045 | | | Kalamazoo | MI | 49003 | |
| One West Bank, a Division of CIT Bank, N.A. | | 888 East Walnut Street | | | Pasadena | CA | 91101 | |
| Orange County Treasurer Tax Collector | | P.O. Box 1438 | | | Santa Ana | CA | 92703 | |
| Orchid Island Trs LLC | J. Christopher Clifton | 3305 Flamingo Dr. | | | Vero Beach | FL | 92963 | |
| Orrick, Herrington & Sufcliffe LLP | Edwin Woodsome | 777 South Figueroa St., Suite 3200 | | | Los Angeles | CA | 90017 | |
| Pam Marsh | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Patrick C. Haden | | 1525 Wilson Ave. | | | San Marino | CA | 91108 | |
| Patrick C. Haden | c/o Todd J. Rosen | Munger Tolles & OLson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| Pension Benefit Guaranty Corporation | Office of the Chief Counsel | Attn: Ralph L. Landy, Esq. | 1200 K Street N.W. | | Washington | DC | 20005 | |
| Peter Kandinov | c/o Edwin J. Mills | Stull Stull & Brody | 6 East 45th Street | 5th Floor | New York | NY | 10017 | |
| Reuters America LLC | Attn: Angie Horrell | 717 Office Parkway | | | Creve Coeur | MO | 63141 | |
| Reuters America LLC | Attn: Allison Cappellazzo | 88 Kerney Avenue, 6th Floor | | | San Francisco | CA | 94108 | |
| Reuters America LLC | | GPO Box 10410 | | | Newark | NJ | 07193 | |
| Reuters America LLC | | PO Box 26803 | | | New York | NY | 10087 | |
| Richard Hopp | | P.O. Box 3601 | | | Van Nuys | CA | 91407 | |
| Richardson & Patel LLP | Aram Ordubegian, Gil Mikalian | 10900 Wilshire Blvd., Suite 500 | | | Los Angeles | CA | 90024 | |
| Robert L. Hunt II | c/o Todd J. Rosen | Munger Tolles & Olson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| Robert L. Hunt, II | | 1250 Virginia Rd | | | San Marino | CA | 91108 | |
| Robert R. Barnes | Allen Matkins Leck Gamble Mallory | 501 W. Broadway | 15th Floor | | San Diego | CA | 92101 | |
| Roger Phillips | c/o Keller Fishback & Jackson LLP | Daniel L. Keller | 18425 Burbank Blvd., Ste 610 | | Tarzana | CA | 91356 | |
| RT Collections | Florida Department of Renue | 5050 W. Tennessee St. | | | Tallahassee | FL | 32399 | |
| Ruthann Melbourne | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| S. Blair Abernathy | | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Sam Zhong Wang | c/o Micahel D. Braun | 12304 Santa Monica Blvd., Ste 109 | | | Los Angeles | CA | 90025 | |
| Schiffrin Barroway Topaz & Kessler | Ian D. Berg | 280 King of Prussia Road | | | Randor | PA | 19087 | |
| Scott & Scott LLP | Arthur L. Shingler III | 600 B Street, Suite 1500 | | | San Diego | CA | 92101 | |
| Scott Keys | Attn: Julie A. Smith, Esq. | Willkie Farr & Gallagher LLP | 1875 K Street, NW | | Washington | DC | 20006 | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Sheila Gregory | | 8710 Evaneline Dr. 816 | | | N. Charleston | SC | 29420 | |
| Shelly Harrington | c/o Daniel L. Keller and Stephen M. Fishback | Keller, Fishback & Jackson, LLP | 18425 Burbank Blvd., Suite 610 | | Tarzana | CA | 91356 | |
| Shelly Harrington | c/o Robert B. Weiser, Brett D. Stecker, Jeffrey J. Ciarlanto | The Weiser Law Firm, P.C. | 121 N. Wayne Avenue, Suite 100 | | Wayne | PA | 19087 | |
| Sierra National Construction, Inc. dba JRS General | c/o Porter Law Group, Inc. | Conor H. McElroy | 7801 Folsom Blvd., Suite 101 | | Sacramento | CA | 95826 | |
| Sierra National Construction, Inc. dba JRS General | | 5433 El Camino Avenue | suite 4 | | Carmichael | CA | 95608 | |
| Skadden Arps Slate Meagher & Flom LLP | Van Durrer, Rand April | 300 S. Grand Avenue, Suite 3400 | | | Los Angeles | CA | 90071 | |
| Sprint Nextel | Attn: Bankruptcy Dept | P.O. Box 7949 | | | Overland Park | KS | 66207 | |
| State of Florida, Dpt. Of Revenue | Bankruptcy Section | PO Box 6668 | | | Tallahassee | FL | 32314 | |
| State of Florida, Dpt. Of Revenue | Out of State/Central Collections Unit | 5050 W. Tennessee St. | | | Tallahassee | FL | 32399 | |
| State of Florida, Dpt. Of Revenue | Attn: Lisa Echeverri | 5050 W. Tennessee St. | | | Tallahassee | FL | 32399 | |
| State of Florida, Dpt. Of Revenue | Out of State Collections Unit | 1401 W. US Highway 90 | Ste. 100 | | Lake City | FL | 32055 | |
| Stroock & Stroock & Lavan LLP | Alan Z. Yudkowsky | 2029 Century Park East, Suite 1800 | | | Los Angeles | CA | 90067 | |
| Stroock & Stroock & Lavan LLP | Kristopher M. Hansen, Sayan Bhattacharyya | 180 Maiden Lane | | | New York | NY | 10038 | |
| Stuart A. Gabriel | | 801 Sassafras Way | | | Oak Park | CA | 91377 | |
| Stull Stull & Brody | Patrice L. Bishop | 10940 Wilshire Blvd., Suite 2300 | | | Los Angeles | CA | 90024 | |
| Stull Stull & Brody | Patrice L. Bishop | 6 East 45th Street, 5th Floor | | | New York | NY | 10017 | |
| Susan D. Profant, CFCA, CLA, Paralegal | Ken Burton, Jr., Tax Collector Manatee County, Florida | Tax Collector's Office | P.O. Box 25300 | | Bradenton | FL | 34206 | |
| Teresa D. Moore | c/o Keller Fishback & Jackson LLP | Daniel L. Keller | 18425 Burbank Blvd., Ste 610 | | Tarzana | CA | 91356 | |
| Terrance G. Hodel | | 616 Biscayne Dr. | | | San Rafael | CA | 94901 | |
| Terrance G. Hodel | c/o Todd J. Rosen | Munger Tolles & Olson LLP | 355 S. Grand Avenue, 35th Floor | | Los Angeles | CA | 90071 | |
| The Bank Of New York Mellon | Attn: Ronald L. Cohen | One Battery Park Plaza | | | New York | NY | 10004 | |
| The Bank Of New York Mellon | Attn: J. Chris Matthews | 601 Travis, 16th Floor | | | Houston | TX | 77002 | |
| The Federal Deposit Ins Corp | Allan H. Ickowitz | 445 S. Figueroa St. 31st FL. | | | Los Angeles | CA | 90071 | |
| Theresa D. Moore | c/o Thomas J. McKenna | Gainey & McKenna | 295 Madison Avenue, 4th Floor | | New York | NY | 10017 | |
| Thomas J. McKenna | Gainey and McKenna | 295 Madison Avenue, 4th Floor | | | New York | NY | 10017 | |
| U.S. Bank Nat'l Assn (Securitization Claim) | c/o Squire Sanders & Dempsey | 40 Central Ave., #2700 | | | Phoenix | AZ | 85004 | |
| US Bank National Association, Successor to Bank of America as Indenture Trustee and Institutional Trustee | Attn: James H Byrnes | One Federal Street 3rd Floor | | | Boston | MA | 02110 | |
| Wa Ymai\I Tripp | c/o Evan J Smith | Brodsky & Smith LLC | 9595 Wilshire Blvd Suite 900 | | Beverly Hills | CA | 90212 | |
| Wachtell Lipton Rosen & Katz | | 51 West 52nd Street | | | New York | NY | 10019 | |
| Wayman Tripp | c/o Brodsky & Sith LLC | Evan J. Smith | 9595 Wilshire Blvd, Ste. 900 | | Beverly Hills | CA | 90212 | |
| Wells Fargo Bank | c/o Corporation Service Company | 2730 Gateway Oaks, Suite 100 | | | Sacramento | CA | 95833 | |
| Wells Fargo Bank NA | | 333 S. Grand Avenue, Suite 940 | | | Los Angeles | CA | 90071 | |
| Wells Fargo Home Mortgage, Inc. | Solomon Grindle Silverman & Spinell | Attn: Thomas Silverman | 12651 High Bluff Dr. | suite 300 | San Diego | CA | 92130 | |
| West Verizon Wireless | | PO Box 33978 | | | Bloomington | IL | 61701 | |
| Whatley, Drake & Kallas, LLC | Joseph P. Guglielmo | 1540 Broadway, 37th Floor | | | New York | NY | 10036 | |
| Wilmington Trust Company | Corporate Capital Markets | Rodney Sq North | 1100 N. Market Street | | Wilmington | DE | 19890 | |
| Wilmington Trust Company | Wilmington Trust, N.A. | Attn: Peter Finkel | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| Wilmington Trust Company - Guarantee Claim | | Rodney Square North | 1100 North Market Street | | Wilmington | DE | 19890 | |
| Wilmington Trust Company As Indenture Trustee And As Institutional Trustee And Delaware Trustee For IndyMac Capital Trust VI | Wilmington Trust Company | Patrick J. Healy | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| Wilmington Trust Company As Indenture Trustee And As Property Trustee And Delaware Trustee For IndyMac Capital Trust X | Wilmington Trust Company | Patrick J. Healy | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| Wilmington Trust Company As Indenture Trustee And As Property Trustee And Delaware Trustee For IndyMac Capital Trust XIII | Wilmington Trust Company | Patrick J. Healy | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| Wilmington Trust Company As Property Trustee And Delaware Trustee For IndyMac Capital Trust I | Wilmington Trust Company | Patrick J. Healy | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | |
| XO Communications, LLC | Attn: Brad Lee | 105 Molloy Street | | | Nashville | TN | 37201 | |