# EXHIBIT 1

**BUCKLEY SANDLER**



# Andrew L. Sandler
**Chairman & Executive Partner**

Washington, DC
(202) 349-8001
asandler@buckleysandler.com

Andrew L. Sandler, Chairman & Executive Partner of Buckley Sandler LLP, is widely recognized as "one of the leading stars" in the financial services regulatory and litigation fields.

Drawing on his more than 30 years of experience as a strategic legal advisor to the banking and financial services sectors, Mr. Sandler helps company boards, C-Suite executives, and in-house legal and compliance professionals navigate complex legal challenges to help clients achieve their business goals.

**Practice Focus**

Mr. Sandler represents the nation's leading banks, the mortgage industry, auto lenders, and consumer finance companies in regulatory examinations and enforcement actions brought by federal and state banking and enforcement agencies, including all federal banking agencies, the U.S. Department of Justice, the Consumer Financial Protection Bureau, and the Securities and Exchange Commission. He regularly represents clients in enforcement actions by state attorneys general. He provides counsel on matters involving consumer protection, fair lending, FIRREA, FCA, and AML/BSA. He also advises clients on regulatory issues related to bank mergers and acquisitions.

Mr. Sandler represents financial institutions and other entities and individuals in a broad array of complex litigation, including matters involving fair lending and consumer protection, mortgage lending, and commercial disputes. He often is called upon to represent clients with claims against federal government agencies and has served as lead defense counsel in nearly 100 class action lawsuits.

**Other Business Affiliations**

In addition to his role as a founding partner of Buckley Sandler, Mr. Sandler has served as Chief Executive Officer of Treliant Risk Advisors since 2009. The multi-disciplinary firm provides consulting, compliance, and transaction advisory assistance to the financial services industry. Mr. Sandler also is Chairman and Founder of Asurity Technologies, a software firm offering automated compliance solutions to the financial services industry including the Risk Exec Fair Lending, CRA and HMDA product suite, and the MRG fully compliant

mortgage document packages. In 2015, Mr. Sandler launched Temerity Capital Partners, an investment firm focused on early stage RegTech and FinTech companies.

**Awards and Recognitions**

*Chambers USA* has consistently recognized Mr. Sandler, saying he "is widely considered to be one of the leading stars of the financial services regulatory firmament, routinely providing regulatory advice pertaining to compliance and enforcement matters and displaying ongoing excellence in consumer finance litigation. Sources describe Sandler as 'preeminent' and 'an industry leader.'" (*Chambers USA* 2014). In their 2016 edition, *Chambers* noted that he has "an astonishing track record of success in the most cutting-edge litigation and enforcement matters." Since 2015, he has been recognized in *Chambers* as a "Star Individual" in the Consumer Finance Litigation and Compliance areas of law, and also received *Chambers USA*'s top rating in the areas of Banking Enforcement & Investigations and Compliance.

Mr. Sandler has been consistently recognized in *Best Lawyers* and has received their "Lawyer of the Year" distinction. *Washingtonian* magazine named him one of 30 Washington, DC "Superstar" lawyers and a banking and financial services "Star of the Bar."

Mr. Sandler also has been recognized for his focus on client service, being named to BTI's Client Service All Stars list. *Legal Times* singled him out as a "Legal Visionary" for his role in founding Buckley Sandler and, more recently, a "Deal Maker of the Year" for his regulatory work in navigating complex transactions. In 2014, *The Washington Business Journal* awarded Mr. Sandler the Greater Washington Legal Champions - Firm Leader Award. He was a Public Justice Trial Lawyer of the Year finalist for his representation of the Navajo Nation in its breach of trust litigation with the United States government, which resulted in a historic settlement of $554 million for the Nation in 2014.

**Industry Leadership**

Mr. Sandler is an active participant in community and professional organizations. He serves on the Board of Advisors for the American Association of Bank Directors, and has had many leadership roles in the Litigation and Business Law Sections of the American Bar Association, including Chair of the Consumer and Civil Rights Committee and Vice Chair of the Banking Law Committee.

Mr. Sandler serves on the National Board of Directors of the Cancer Support Community, University of Pennsylvania Law School Alumni Society Board of Managers, and the Board of the Kolar Charitable Foundation of Buckley Sandler LLP. He is a Fellow in the American College of Consumer Financial Services Lawyers (ACCFSL).

**Credentials**

Mr. Sandler received his J.D. from the University of Pennsylvania Law School, his M.B.A. from the University of Pennsylvania, Wharton School, his M.A. from the University of Warwick (U.K.) (Rotary Foundation Fellow), and his B.A. from Union College.

**BUCKLEY SANDLER**

**Education**

- J.D., University of Pennsylvania, 1982
- M.A., University of Warwick (U.K.) (Rotary Foundation Fellow), 1984
- M.B.A., University of Pennsylvania, Wharton School of Economics, 1983
- B.A., Union College, 1979

**Admissions**

- District of Columbia
- Maryland
- New York
- Pennsylvania
- U.S. Supreme Court
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, District of Maryland

**Practice Areas**

- Appellate
- Bank Counseling & Compliance
- Bank Secrecy Act/Anti-Money Laundering & Sanctions
- Class Actions
- Complex Civil Litigation
- Congressional Investigations
- Consumer Finance
- Consumer Financial Protection Bureau
- Enforcement Actions & Investigations
- Examinations
- Fair Lending
- False Claims Act & FIRREA
- Federal Trade Commission
- Financial Institutions Regulation, Supervision & Technology
- FinTech
- Foreign Corrupt Practices Act & Anti-Corruption
- Mortgages
- State Attorneys General
- Unfair, Deceptive, and Abusive Acts and Practices
- Whistleblower
- White Collar

**BUCKLEY SANDLER**



# Benjamin B. Klubes
**Partner**

Washington, DC
(202) 349-8002
bklubes@buckleysandler.com

Over a 25-year career, Benjamin B. Klubes has established himself as one of the nation's leading financial services and white collar enforcement lawyers. A Co-Managing Partner of Buckley Sandler LLP since its inception, Mr. Klubes represents financial services companies in federal and state enforcement agency investigations, examinations, and litigation, as well as in private civil and class action litigation. He also conducts corporate internal investigations and represents companies and individuals in criminal and civil enforcement matters, including multinational investigations relating to the Foreign Corrupt Practices Act (FCPA).

Mr. Klubes has a robust enforcement and litigation practice representing bank and non-bank financial institutions in investigations and examinations by the Consumer Financial Protection Bureau (CFPB), Department of Justice (DOJ), Federal Trade Commission (FTC), Office of the Comptroller of the Currency (OCC), Federal Deposit Insurance Corporation (FDIC), state attorneys general, and financial regulators, as well as in private class action litigation involving the Fair Housing Act (FHA), Equal Credit Opportunity Act (ECOA), Civil Rights Act, unfair and deceptive trade practices statutes, and privacy law claims.

He has represented a variety of mortgage lenders, mortgage servicers, and automobile lenders in enforcement, regulatory, and class action proceedings arising from the financial crisis, including matters involving the False Claims Act (FCA) and the Financial Institutions Reform Recovery and Enforcement Act (FIRREA). Mr. Klubes has assisted in the implementation of fair and responsible lending and anti-mortgage fraud compliance programs for numerous financial institutions, and developed programs for FCPA and Bank Secrecy Act (BSA)/anti-money laundering (AML) compliance. He represents corporations and individuals in criminal and related civil enforcement matters, including FCPA, BSA, and criminal FCA actions.

Representative matters include:

- Representation of three top-20 banks (US Bank, Regions Bank and, BB&T) in separate successful resolutions of FCA investigations concerning FHA lending, reaching agreements with the DOJ, various U.S. Attorneys' Offices, and HUD, totaling approximately $335 million that included no admissions of liability, no administrative sanctions, no prospective reliefs, and a settlement payment in one case that was the lowest amount paid by any bank in this type of matter

**BUCKLEY SANDLER**

- Representation of Flagstar Bank in the first CFPB enforcement action regarding the CFPB's mortgage servicing rules that resulted in an administrative consent order settlement for $37.5 million relating to default servicing loss mitigation practices

- Representation of several major bank and non-bank mortgage and automobile lenders in connection with CFPB and DOJ fair lending examinations and investigations, resulting in multiple non-public supervisory resolutions

- *Mayor and City Council of Baltimore v. Wells Fargo Bank, N.A.* (D. Md. 2008) — Obtained repeated dismissals of a FHA action by the City against Wells Fargo

Mr. Klubes also represents corporations and individuals in criminal and related civil enforcement matters, including FCPA, BSA, and criminal FCA actions:

- Representation of Universal Entertainment Corporation, a large Japanese gaming company, and its subsidiary Aruze USA, Inc. in FCPA-related litigation brought by Wynn Resorts, Ltd, involving multi-billion dollar claims and related parallel matters

- Representation of a Chief Executive Officer in a multi-jurisdictional investigation by the DOJ including potential FCPA violations and United Kingdom's Serious Fraud Office for alleged violation of the Prevention of Corruption Act of 1906

Mr. Klubes was ranked by *Chambers USA (*2010-2017) as a leading lawyer in Financial Services Regulation: Consumer Finance (Litigation) and in Financial Services Regulation: Banking (Enforcement & Investigations), where clients noted he is "a truly outstanding lawyer with very good judgment" who is "a very cerebral and thoughtful lawyer… He is terrific at solving a problem*.*"  Mr. Klubes has been recognized in *Legal 500* (2017) for Financial Services Litigation, Financial Services: Regulation, and Corporate Investigations and White-Collar Criminal Defense. He has been repeatedly recognized as an exceptional attorney by *Best Lawyers in America* for Criminal Defense: White Collar (2010-2018) and Banking and Finance (2014-2018). He has also been recognized by *Super Lawyers* (2010-2016) for Banking.

Mr. Klubes is a former Barrister in the Edward Bennett Williams Inn of Court, and in 2016, he was named a Fellow of the American College of Consumer Financial Services Lawyers. He serves as Chair of the National Council for Arts and Sciences, Columbian College, The George Washington University, a board member on the Washington Lawyers' Committee for Civil Rights and Urban Affairs, and a Steering Committee Member of the English-American Litigation Forum.

Mr. Klubes is a co-author of *Consumer Financial Services*, a leading treatise in the area, and has written numerous articles on a wide range of legal topics. He is a frequent speaker on enforcement, litigation, examination, and compliance issues regarding the consumer financial services industry.

Prior to joining Buckley Sandler, Mr. Klubes was a Partner at Skadden, Arps, Slate, Meagher & Flom LLP, and served as an Assistant Independent Counsel from 1995 through 1997. He received his J.D. from Harvard University and his B.A. from The George Washington University.

2

**BUCKLEY SANDLER**

**Education**

- J.D., Harvard University, 1990 (magna cum laude)
- B.A., George Washington University, 1987 (summa cum laude)

**Admissions**

- District of Columbia
- Maryland
- U.S. District Court, District of Columbia
- U.S. District Court, District of Maryland
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Supreme Court

**Government Service**

- Assistant Independent Counsel (*In re Michael Epsy*)

**Practice Areas**

- Appellate
- Auto Finance
- Bank Counseling & Compliance
- Bank Secrecy Act/Anti-Money Laundering & Sanctions
- Class Actions
- Complex Civil Litigation
- Congressional Investigations
- Consumer Finance
- Consumer Financial Protection Bureau
- Enforcement Actions & Investigations
- Examinations
- Fair Lending
- False Claims Act & FIRREA
- Federal Trade Commission
- Foreign Corrupt Practices Act & Anti-Corruption
- Mortgages
- Pro Bono
- State Attorneys General
- Unfair, Deceptive, and Abusive Acts and Practices
- Whistleblower
- White Collar