# EXHIBIT 2

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

Summary of Total Hours and Fees Billed Per Matter Category, Entire Fee Period

| Matter (Project Category) | Hours | Amount Requested |
|---|---:|---:|
| 02 – Asset Analysis and Recovery | 19.2 | $5,321.63 |
| 20 – Government Affairs | 787.4 | $282,645.38 |
| 21 – Insurance | 220.1 | $70,399.50 |
| 23 – Investigations & Review | 6,626.2 | $1,926,092.24 |
| 25 – Litigation | 19,413.3 | $5,368,856.44 |
| 28 – Non-working travel time | 286 | $85,935.00 |
| 33 – Retention and Fee Matters | 670.6 | $192,545.24 |
| **TOTAL** | **28,022.8** | **$7,931,795.43** |

Month-by-Month Fees Billed, By Matter Category, Entire Fee Period

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---:|---:|---:|---:|---:|---:|---:|
| March - April 2009 | $1,366.88 | $17,951.25 | $334.13 | $247,857.75 | $3,609.38 | $9,438.00 | $7,783.88 |
| May 2009 | $3,439.13 | $50,056.88 | $44,203.50 | $315,790.88 | $3,736.88 | $10,637.25 | $0.00 |
| June 2009 | $206.25 | $60,202.88 | $1,639.88 | $315,388.88 | $2,643.75 | $0.00 | $1,893.38 |

1

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| July 1-10, 2009 | $309.38 | $1,893.38 | $0.00 | $80,568.38 | $300.00 | $0.00 | $10,518.75 |
| July 11-31, 20009 | $0.00 | $55,208.63 | $0.00 | $134,565.75 | $3,472.50 | $0.00 | $18,232.13 |
| August 2009 | $0.00 | $48,177.38 | $1,262.25 | $130,555.13 | $13,144.88 | $5,156.25 | $1,732.50 |
| September 2009 | $0.00 | $31,798.50 | $0.00 | $80,878.13 | $14,240.25 | $0.00 | $0.00 |
| October 2009 | $0.00 | $16,982.25 | $0.00 | $50,470.13 | $9,838.50 | $0.00 | $618.75 |
| November 2009 | $0.00 | $74.25 | $6,018.38 | $113,408.63 | $30,945.00 | $0.00 | $371.25 |
| December 1-7, 2009 | $0.00 | $300.00 | $375.38 | $3,739.50 | $15,899.25 | $0.00 | $0.00 |
| December 8-31, 2009 | $0.00 | $0.00 | $15,600.75 | $10,543.50 | $39,011.62 | $0.00 | $15,774.75 |
| January 2010 | $0.00 | $0.00 | $965.25 | $8,126.25 | $152,205.38 | $5,156.25 | $343.87 |
| February 2010 | $0.00 | $0.00 | $0.00 | $24,415.12 | $178,791.37 | $990.00 | $0.00 |
| March 2010 | $0.00 | $0.00 | $0.00 | $21,567.00 | $91,530.38 | $0.00 | $1,485.00 |
| April 2010 | $0.00 | $0.00 | $0.00 | $41,284.12 | $86,218.88 | $6,600.00 | $16,408.87 |
| May 2010 | $0.00 | $0.00 | $0.00 | $61,055.25 | $99,263.62 | $0.00 | $5,216.25 |
| June 2010 | $0.00 | $0.00 | $0.00 | $38,816.25 | $169,890.00 | $1,980.00 | $0.00 |
| July 2010 | $0.00 | $0.00 | $0.00 | $51,493.12 | $192,516.75 | $0.00 | $0.00 |
| August 1-13, 2010 | $0.00 | $0.00 | $0.00 | $52,002.38 | $38,813.25 | $7,507.50 | $478.50 |

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| August 14-31, 2010 | $0.00 | $0.00 | $0.00 | $10,389.75 | $40,159.50 | $0.00 | $14,342.62 |
| September 2010 | $0.00 | $0.00 | $0.00 | $15,734.62 | $108,923.62 | $4,800.00 | $2,371.88 |
| October 2010 | $0.00 | $0.00 | $0.00 | $6,044.25 | $124,858.12 | $3,730.25 | $0.00 |
| November 2010 | $0.00 | $0.00 | $0.00 | $35,727.75 | $11,482.13 | $0.00 | $0.00 |
| December 2010 | $0.00 | $0.00 | $0.00 | $54,709.88 | $35,060.25 | $4,603.50 | $0.00 |
| January 2011 | $0.00 | $0.00 | $0.00 | $10,914.75 | $96,631.87 | $3,506.25 | $12,003.75 |
| February 2011 | $0.00 | $0.00 | $0.00 | $3,972.37 | $73,914.01 | $0.00 | $779.62 |
| March 2011 | $0.00 | $0.00 | $0.00 | $4,714.88 | $149,325.37 | $5,047.50 | $0.00 |
| April 2011 | $0.00 | $0.00 | $0.00 | $1,357.87 | $112,573.87 | $0.00 | $0.00 |
| May 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $38,944.13 | $0.00 | $20,384.25 |
| June 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $178,399.13 | $0.00 | $4,296.00 |
| July 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $218,229.38 | $1,809.50 | $40.50 |
| August 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $281,413.88 | $0.00 | $0.00 |
| September 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $257,010.00 | $0.00 | $0.00 |
| October 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $509,258.44 | $1,856.25 | $0.00 |
| November 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $532,836.00 | $0.00 | $0.00 |

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---:|---:|---:|---:|---:|---:|---:|
| December 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $309,837.75 | $1,501.50 | $0.00 |
| January 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $516,970.50 | $6,123.25 | $0.00 |
| February 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $218,040.00 | $4,254.25 | $0.00 |
| March 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $102,899.25 | $0.00 | $8,502.00 |
| April 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $50,647.13 | $0.00 | $5,590.88 |
| May 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $48,856.50 | $0.00 | $371.25 |
| June 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $33,550.13 | $0.00 | $0.00 |
| July 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $19,088.63 | $0.00 | $0.00 |
| August 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $16,953.75 | $0.00 | $0.00 |
| September 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $957.00 | $0.00 | $0.00 |
| October 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $2,703.38 | $0.00 | $0.00 |
| November 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $4,578.00 | $0.00 | $0.00 |
| December 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $5,504.63 | $0.00 | $0.00 |
| January 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $23,490.38 | $0.00 | $0.00 |
| February 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $3,391.88 | $0.00 | $0.00 |
| March 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $18,207.75 | $0.00 | $0.00 |
| April 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $13,566.00 | $0.00 | $0.00 |

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| May 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $17,993.25 | $1,237.50 | $981.75 |
| June 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $4,498.88 | $0.00 | $0.00 |
| July 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $5,717.25 | $0.00 | $115.50 |
| August 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $5,204.25 | $0.00 | $2,223.38 |
| September 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $673.13 | $0.00 | $0.00 |
| October 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $1,220.63 | $0.00 | $0.00 |
| November 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $766.50 | $0.00 | $0.00 |
| December 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $404.25 | $0.00 | $0.00 |
| January 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $1,765.88 | $0.00 | $7,507.50 |
| February 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $2,014.88 | $0.00 | $12,938.25 |
| March 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $2,080.88 | $0.00 | $18,372.00 |
| April 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $8,604.38 | $0.00 | $375.38 |
| May 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $144.38 | $0.00 | $0.00 |
| June 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $577.50 | $0.00 | $0.00 |
| July 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.75 |
| September 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $7,583.25 | $0.00 | $433.13 |

5

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| October 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $5,273.25 | $0.00 | $0.00 |
| November 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| March 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Exhibit 2**
**Buckley Sandler Summary of Fees Billed**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | 02 – Asset Analysis and Recovery | 20 – Government Affairs | 21 – Insurance | 23 – Investigations & Review | 25 – Litigation | 28 – Non-working travel time | 33 – Retention and Fee Matters |
|---|---|---|---|---|---|---|---|
| August 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals By Matter** | **$5,321.64** | **$282,645.40** | **$70,399.52** | **$1,926,092.27** | **$5,368,856.44** | **$85,935.00** | **$192,545.25** |
| **Grand Total:** | **$7,931,795.52** | | | | | | |

*\*\*The 9-cent difference between the grand totals in the charts in Exhibit 2 can be attributed to rounding errors in totaling the month-by-month billed fees. In any event, because Buckley Sandler did not have 100 percent of its billed fees approved, the difference is immaterial and has no bearing on the Court's approval of Buckley Sandler's Final Fee Application.*