# EXHIBIT 3

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

Summary of Total Expenses Per Expense Category, Entire Fee Period

| Expense Category | Amount |
|---|---|
| Legal Research | $24,537.39 |
| Delivery Services | $8,873.29 |
| Court Fees | $4,043.09 |
| Transcript fees | $9,944.71 |
| Conf. Call / Long distance | $211.04 |
| Printing / duplicating | $1,764.14 |
| Travel | $111,288.60 |
| Mediation | $21,813.52 |
| Consulting Expert | $155,827.60 |
| **TOTAL** | **$338,303.38** |

Month-by-Month Expenses, By Expense Category, Entire Fee Period

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| March - April 2009 | $357.56 | $0.00 | $0.00 | $0.00 | $310.48 | $0.00 | $5,306.51 | $0.00 | $0.00 |
| May 2009 | $3,191.72 | $1,091.27 | $0.00 | $0.00 | $27.53 | $12.02 | $14,651.15 | $0.00 | $0.00 |

1

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| June 2009 | $1,129.72 | $63.54 | $350.00 | $0.00 | $0.00 | $0.00 | $246.25 | $0.00 | $0.00 |
| July 1-10, 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 11-31, 2009 | $1,073.81 | $16.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $198.75 | $0.00 | $5,422.27 | $0.00 | $0.00 |
| September 2009 | $760.15 | $241.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2009 | $26.35 | $161.96 | $0.00 | $0.00 | $0.00 | $15.63 | $0.00 | $0.00 | $0.00 |
| November 2009 | $657.72 | $167.67 | $185.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 1-7, 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 8-31, 2009 | $607.99 | $36.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2010 | $659.75 | $39.38 | $0.00 | $0.00 | $0.00 | $16.77 | $3,218.62 | $0.00 | $0.00 |
| February 2010 | $1,712.99 | $0.00 | $600.00 | $0.00 | $0.00 | $13.60 | $3,417.63 | $0.00 | $0.00 |
| March 2010 | $237.49 | $46.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41,525.00 |
| April 2010 | $147.62 | $41.16 | $0.00 | $0.00 | $0.00 | $0.00 | $3,686.47 | $0.00 | $0.00 |
| May 2010 | $515.27 | $64.59 | $570.00 | $0.00 | $0.00 | $0.00 | $20.50 | $0.00 | $13,310.00 |
| June 2010 | $252.24 | $17.23 | $0.00 | $0.00 | $0.00 | $0.00 | $6,813.83 | $0.00 | $0.00 |
| July 2010 | $202.61 | $395.45 | $0.00 | $0.00 | $26.14 | $0.00 | $50.11 | $0.00 | $0.00 |

Case 2:08-bk-21752-BB    Doc 1032-3    Filed 10/19/17    Entered 10/19/17 13:41:38
Desc Exhibit 3    Page 4 of 9

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| August 1-13, 2010 | $122.70 | $216.79 | $0.00 | $3,121.90 | $294.47 | $0.00 | $5,865.08 | $0.00 | $6,380.00 |
| August 14-31, 2010 | $45.32 | $161.98 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2010 | $205.05 | $306.04 | $360.00 | $0.00 | $0.00 | $0.00 | $2,731.59 | $0.00 | $3,492.50 |
| October 2010 | $83.30 | $200.66 | $0.00 | $0.00 | $0.00 | $0.00 | $7,022.59 | $14,325.00 | $19,772.50 |
| November 2010 | $0.00 | $49.78 | $0.00 | $0.00 | $0.00 | $0.00 | $14.00 | $0.00 | $16,637.50 |
| December 2010 | $10.33 | $37.17 | $0.00 | $0.00 | $0.00 | $0.00 | $2,573.47 | $0.00 | $0.00 |
| January 2011 | $20.73 | $542.66 | $0.00 | $0.00 | $0.00 | $0.00 | $3,538.26 | $0.00 | $5,720.00 |
| February 2011 | $189.14 | $373.17 | $0.00 | $0.00 | $906.77 | $0.00 | $0.00 | $4,125.00 | $0.00 |
| March 2011 | $594.59 | $19.09 | $0.00 | $0.00 | $0.00 | $0.00 | $7,569.11 | $0.00 | $0.00 |
| April 2011 | $42.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,554.98 | $0.00 |
| May 2011 | $12.97 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2011 | $926.01 | $264.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2011 | $794.17 | $1,130.78 | $0.00 | $1,205.30 | $0.00 | $4.06 | $6,235.25 | $0.00 | $0.00 |
| August 2011 | $909.41 | $0.00 | $0.00 | $396.25 | $0.00 | $0.00 | $1,131.60 | $0.00 | $990.00 |
| September 2011 | $964.39 | $329.12 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $9,487.50 |

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| October 2011 | $386.95 | $292.30 | $86.00 | $0.00 | $0.00 | $16.40 | $6,905.06 | ($4,125.00) | $0.00 |
| November 2011 | $964.47 | $466.02 | $42.09 | $2,356.71 | $0.00 | $14.47 | $95.00 | $0.00 | $5,995.00 |
| December 2011 | $1,669.32 | $716.65 | $0.00 | $0.00 | $0.00 | $10.52 | $2,501.21 | $2,783.54 | $6,957.50 |
| January 2012 | $121.88 | $977.78 | $1,300.00 | $2,714.55 | $0.00 | $62.31 | $8,225.73 | $150.00 | $20,947.60 |
| February 2012 | $52.42 | $123.50 | $0.00 | $150.00 | $0.00 | $41.97 | $6,714.21 | $0.00 | $4,612.50 |
| March 2012 | $4,110.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2012 | $226.66 | $44.10 | $0.00 | $0.00 | $0.00 | $0.00 | $2,764.70 | $0.00 | $0.00 |
| May 2012 | $165.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2012 | $11.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2012 | $3.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2012 | $56.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2012 | $0.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2012 | $10.90 | $0.00 | $460.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2013 | $10.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| March 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2013 | $11.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2013 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,584.90 | $0.00 | $0.00 |
| June 2013 | $9.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2013 | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2013 | $8.10 | $75.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2013 | $2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2013 | $6.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2014 | $236.80 | $98.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.29 | $2,495.00 | $0.00 | $0.00 |
| May 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $438.50 | $0.00 | $0.00 |

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| June 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2014 | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| November 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| April 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| October 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| November 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| December 2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| January 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| March 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Exhibit 3**
**Buckley Sandler Summary of Expenses**
**Entire Fee Period (Case No. 2:08-bk-21752-BB)**

| Month(s) | Legal Research | Delivery Services | Court Fees | Transcript fees | Printing / Duplicating | Conf. Call / Long distance | Travel | Mediation | Consulting Expert |
|---|---|---|---|---|---|---|---|---|---|
| April 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| May 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| June 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| July 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| September 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $24,537.39 | $8,873.29 | $4,043.09 | $9,944.71 | $1,764.14 | $211.04 | $111,288.60 | $21,813.52 | $155,827.60 |
| GRAND TOTAL | $338,303.38 | | | | | | | | |

*__**The grand total in each chart in Exhibit 3 is one-cent more than the actual expenses sought by Buckley Sandler. The one-cent discrepancy can be attributed to rounding errors in totaling the month-by-month expenses. In any event, because Buckley Sandler is seeking final approval for the lesser amount in expenses ($338,303.37), the difference is immaterial and has no bearing on the Court's approval of Buckley Sandler's Final Fee Application.__*