| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>DAVID M. STERN (State Bar No. 67697)<br>WHITMAN L. HOLT (State Bar No. 238198)<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, Thirty-Ninth Floor<br>Los Angeles, California 90067<br>Telephone: 310-407-4000<br>Facsimile: 310-407-9090<br>Email: dstern@ktbslaw.com; wholt@ktbslaw.com<br><br>☒ Attorney for chapter 7 trustee<br>☐ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 24 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>IndyMac Bancorp, Inc.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:08-bk-21752-BB<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS**<br>**[LBR 2016-2]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based upon the trustee's cash disbursement motion filed as docket entry number <u>1024</u> (Motion), the Motion is:

☒ **Granted**. The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.
☐ Denied. The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.
☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.
☐ Other (*specify*):

###

Date: October 24, 2017

Sheri Bluebond
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                            **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**