ALFRED H. SIEGEL
21650 OXNARD ST., SUITE 500
WOODLAND HILLS, CA 91367
Telephone: 818-827-9204
Facsimile: 818-337-1938

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| INDYMAC BANCORP, INC. | § | Case No. 2:08-BK-21752 BB |
| | § § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               UNITED STATES BANKRUPTCY COURT
               255 EAST TEMPLE STREET
               LOS ANGELES, CA 90012

     A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2pm on November 14, 2018, in Courtroom 1539, United States Bankruptcy Court at 255 East Temple Street, Los Angeles CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1 (f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the Trustee, any party whose application is being challenged, and the U.S. Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the U.S. Trustee or any other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 09/07/2018                     By: /s/ Alfred H. Siegel
                                                                            Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| INDYMAC BANCORP, INC. | § | Case No. 2:08-BK-21752 BB |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 99,401,597.45 |
| and approved disbursements of | $ | 88,618,308.11 |
| leaving a balance on hand of[1] | $ | 10,783,289.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE | $ 3,005,297.92 | $ 2,953,496.12 | $ 51,801.80 |
| Trustee Expenses: ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE | $ 1,535.02 | $ 1,535.02 | $ 0.00 |
| Attorney for Trustee Fees: JEFFER, MANGELS, BUTLER & MARMARO, LLP | $ 241,439.50 | $ 235,359.50 | $ 6,080.00 |
| Attorney for Trustee Expenses: JEFFER, MANGELS, BUTLER & MARMARO, LLP | $ 17,515.15 | $ 17,515.15 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: GROBSTEIN, HORWATH & CO. | $ 224,070.00 | $ 224,070.00 | $ 0.00 |
| Accountant for Trustee Expenses: GROBSTEIN, HORWATH & CO. | $ 1,337.56 | $ 1,337.56 | $ 0.00 |
| Other: State of California | $ 1,629.28 | $ 0.00 | $ 1,629.28 |
| Other: Skadden, Arps, Slate, Meagher & Flom LLP | $ 6,977,398.75 | $ 6,899,560.25 | $ 77,838.50 |
| Other: BUCKLEY SANDLER LLP | $ 17,418,351.82 | $ 17,340,917.18 | $ 77,434.64 |
| Other: JENNER & BLOCK LLP | $ 2,541,060.50 | $ 2,541,060.50 | $ 0.00 |
| Other: Skadden, Arps, Slate, Meagher & Flom LLP | $ 185,692.37 | $ 184,303.26 | $ 1,389.11 |
| Other: BUCKLEY SANDLER LLP | $ 338,303.37 | $ 338,303.37 | $ 0.00 |
| Other: JENNER & BLOCK LLP | $ 192,906.76 | $ 192,906.76 | $ 0.00 |
| Other: J Beck & Associates, Inc. | $ 124,749.00 | $ 124,749.00 | $ 0.00 |
| Other: J Beck & Associates, Inc. | $ 4,552.58 | $ 4,552.58 | $ 0.00 |
| Other: KLEE, TUCHIN, BOGDANOFF & STERN LLP | $ 12,751,422.05 | $ 12,674,805.24 | $ 76,616.81 |
| Other: KLEE, TUCHIN, BOGDANOFF & STERN LLP | $ 236,414.66 | $ 235,665.78 | $ 748.88 |
| Other: CROWE LLP | $ 1,021,846.00 | $ 1,021,846.00 | $ 0.00 |
| Other: CROWE LLP | $ 8,944.57 | $ 8,944.57 | $ 0.00 |
| Other: CROWE LLP | $ 199,528.20 | $ 196,155.70 | $ 3,372.50 |
| Other: Grobstein Teeple | $ 479,513.00 | $ 56,938.00 | $ 422,575.00 |
| Other: CROWE LLP | $ 457.59 | $ 456.73 | $ 0.86 |
| Other: Grobstein Teeple | $ 4,909.04 | $ 1,518.97 | $ 3,390.07 |

Total to be paid for chapter 7 administrative expenses    $ 722,877.45

Remaining Balance    $ 10,060,411.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,421.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Internal Revenue Service | $ 275.77 | $ 0.00 | $ 275.77 |
| 000016A | OHIO DEPARTMENT OF TAXATION | $ 3,342.00 | $ 3,342.00 | $ 0.00 |
| 000072 | LA COUNTY TREASURER AND | $ 422.36 | $ 422.36 | $ 0.00 |
| 83 | NH-DRA Legal Bureau | $ 11,548.25 | $ 0.00 | $ 11,548.25 |
| 82 | State of Florida-Dept of Revenue | $ 7,833.00 | $ 7,833.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 11,824.02 |
| | Remaining Balance | | | $ 10,048,587.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 528,532,105.65 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Business Wire Inc. | $ 3,695.00 | $ 286.59 | $ 70.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Wilmington Trust Company | $ 31,501,880.25 | $ 2,443,706.19 | $ 598,918.13 |
| 000014 | Wilmington Trust Company | $ 47,593,280.50 | $ 3,691,969.64 | $ 904,850.36 |
| 000015 | Wilmington Trust Company | $ 21,023,133.66 | $ 1,630,834.86 | $ 399,694.67 |
| 000016B | OHIO DEPARTMENT OF TAXATION | $ 8,465.00 | $ 656.82 | $ 160.78 |
| 000025 | SAN DIEGO COUNTY TREAURER-TAX COLL | $ 82.19 | $ 0.00 | $ 7.94 |
| 000028 | Mellon Investor Services | $ 18,242.11 | $ 1,414.91 | $ 347.01 |
| 000033 | Pension Benefit Guaranty Corporation | $ 3,191,469.00 | $ 247,572.76 | $ 60,676.82 |
| 000034 | US Bank National Association | $ 47,677,382.36 | $ 3,698,493.56 | $ 906,449.45 |
| 000035 | US Bank National Association | $ 40,201,504.83 | $ 3,118,564.96 | $ 764,316.81 |
| 000036 | US Bank National Association | $ 42,308,965.30 | $ 3,282,047.54 | $ 804,384.32 |
| 000037 | US Bank National Association | $ 31,732,355.31 | $ 2,461,584.65 | $ 603,300.23 |
| 000046 | THE BANK OF NEW YORK MELLON | $ 31,653,298.16 | $ 2,455,451.87 | $ 601,797.22 |
| 000048 | THE BANK OF NEW YORK MELLON | $ 31,688,046.59 | $ 2,458,147.62 | $ 602,457.68 |
| 000050 | THE BANK OF NEW YORK MELLON | $ 45,629,053.89 | $ 3,539,598.06 | $ 867,506.16 |
| 000062 | THE FEDERAL DEPOSIT INS CORP | $ 58,360,874.19 | $ 4,527,247.88 | $ 1,109,565.35 |
| 000063 | Bank of New York Mellon Trust Co | $ 95,057,050.92 | $ 7,373,892.64 | $ 1,807,238.56 |
| 000067 | DHL EXPRESS (USA), INC | $ 675.78 | $ 0.00 | $ 65.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000073 | Dykema Gossett PLLC c/o Richard M. Bendix, Jr. | $ 200,000.00 | $ 15,514.81 | $ 3,802.29 |
| 000077 | JP Morgan Securities, LLC | $ 190,000.00 | $ 14,739.09 | $ 3,612.15 |
|  | ALSTON & BIRD LLP | $ 492,650.61 | $ 38,216.51 | $ 9,366.38 |

Total to be paid to timely general unsecured creditors     $     10,048,587.87

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Alfred H. Siegel
Trustee

*ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE*
*21650 OXNARD ST*
*SUITE 500*
*WOODLAND HILLS, CA 91367*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.