Alfred H. Siegel
21650 Oxnard St, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9204
Facsimile: (818) 337-1938

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INDYMAC BANCORP, INC.<br><br><br>Debtor. | Case No. 2:08-BK-21752-BB<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>3011 |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.100136 in the sum of $7.94 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 25 | San Diego County Treasurer-Tax Collector, 1600 Pacific Hwy, Rm 162, San Diego, CA 92101 | $82.19 | $7.94 |
| | Total Unclaimed Dividends: | | $7.94 |

Dated: June ___7___, 2019

ALFRED H. SIEGEL
Chapter 7 Trustee

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

Associated Bank

CHECK NUMBER
100136

Unclaimed Dividends (Claim #25)

| DATE | AMOUNT |
|---|---|
| 06/06/19 | $***********7.94 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 2:08-BK-21752    BB | Debtor: INDYMAC BANCORP, INC. |

PAY TO THE ORDER OF

US Bankruptcy Court
Attn: Fiscal Dept
255 E Temple Street, Rm 1067
Los Angeles, CA 90012

Seven Dollars And 94/100

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

---

| Date: 06/06/19 | Check Number: 100136 | Amount: 7.94 |
|---|---|---|

Debtor Name: INDYMAC BANCORP, INC.
Case Number: 2:08-BK-21752

| Paid To: | US Bankruptcy Court<br>Attn: Fiscal Dept<br>255 E Temple Street, Rm 1067<br>Los Angeles, CA 90012 | ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 |
|---|---|---|

Description: Unclaimed Dividends (Claim #25)

Bank Account Number:

---

| Date: 06/06/19 | Check Number: 100136 | Amount: 7.94 |
|---|---|---|

Debtor Name: INDYMAC BANCORP, INC.
Case Number: 2:08-BK-21752

| Paid To: | US Bankruptcy Court<br>Attn: Fiscal Dept<br>255 E Temple Street, Rm 1067<br>Los Angeles, CA 90012 | ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 |
|---|---|---|

Description: Unclaimed Dividends (Claim #25)

Bank Account Number:

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled (*specify*):
**Notice of Unclaimed Dividends 3011**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 7, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Vanessa L Au    vanessaau@paulhastings.com
- Robert R Barnes    bbarnes@allenmatkins.com, phall@allenmatkins.com;bcrfilings@allenmatkins.com
- Lee Bogdanoff    lbogdanoff@ktbslaw.com
- Danielle Brown - SUSPENDED -    dbrown@ktbslaw.com
- Laura L Buchanan    lbuchanan@sycr.com
- Jon D Cantor    jdcantor@dykema.com, ehayes@dykema.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com, ievans@robinsontait.com;njohnson@robinsontait.com
- Asheley G Dean    asheley.dean@hoganlovells.com
- Kevin E Deenihan    kdeenihan@ktbslaw.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- David K Eldan    malvarado@pmcos.com, efilings@pmcos.com
- Bernard A Eskandari    bernard.eskandari@doj.ca.gov
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Elaine T Fuller    elaine.t.fuller@irscounsel.treas.gov
- Robert S Gebhard    robert.gebhard@clydeco.us, trish.marwedel@clydeco.us;gloria.zwibel@clydeco.us
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Stacy W Harrison    Stacy.Harrison@bingham.com, rita.burnett@tempbingham.com
- Matthew Heyn    mheyn@ktbslaw.com, mcheyn@outlook.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Whitman L Holt    wholt@ktbslaw.com
- Kevin Hutty    BKClaimConfirmation@ftb.ca.gov
- Allan H Ickowitz    aickowitz@nossaman.com, mwiman@nossaman.com
- Douglas R Irvine    irvine@lbbslaw.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- J Trevor Johnston    tjohnston@mcguirewoods.com
- John C Keith    john_keith@fenkauf.com
- John C Keith    john.keith@doj.ca.gov
- Louis E Kempinsky    lkempinsky@pwkllp.com

1

- John W Kim    johnkim@jwklawgroup.com
- Benjamin B Klubes    bklubes@buckleysandler.com
- Linda D Kornfeld    LKornfeld@jenner.com, ASeferyan@jenner.com
- Linda D Kornfeld    lkornfeld@jenner.com, ASeferyan@jenner.com
- Jeanne S Kuo    jkuo@tresslerllp.com
- Kenneth K Lee    docketing@jenner.com
- Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- Adam A Lewis    alewis@mofo.com, adam-lewis-3473@ecf.pacerpro.com
- Annie Z Li    annie.li@skadden.com
- Ben H Logan    blogan@omm.com
- William Malcolm    bill@mclaw.org
- Ron Maroko    ron.maroko@usdoj.gov
- Katherine Mast    katherine.mast@sdma.com
- Gilbert Mikalian    gmikalian@drllaw.com
- Elizabeth L Musser    emusser@londonfischer.com
- Ramon Naguiat    legal@distressed-debt-investing.com
- Vincent J Novak    vnovak@mofo.com
- Robert J Pfister    rpfister@ktbslaw.com
- Marie C Pollio    bankruptcy@goodwin.com, mpollio@goodwin.com;bankruptcyparalegal@goodwin.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;drallis@ecf.courtdrive.com
- Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- Michael Reed    othercourts@mvbalaw.com
- Cassandra J Richey    cdcaecf@bdfgroup.com
- Todd J Rosen    todd.rosen@mto.com, larry.polon@mto.com
- Richard J Sahatjian    rsahatjian@buckleysandler.com, bsaul@buckleysandler.com
- Andrew L. Sandler    asandler@buckleysandler.com
- Benjamin P Saul    bsaul@buckleysandler.com
- Bradley R Schneider    bradley.schneider@mto.com
- Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;asiegel@ecf.axosfs.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com
- John W. Spiegel    John.Spiegel@mto.com
- Damon A. Thayer    dthayer@shoreline-law.com, kbarone@shoreline-law.com
- Nancy R Thomas    nthomas@mofo.com, nancy-thomas-4464@ecf.pacerpro.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- D. Jean Veta    jveta@cov.com
- Jonathan M Weiss    jweiss@ktbslaw.com
- Charles E Wheeler    , sroy@cozen.com
- Alan Z Yudkowsky    ayudkowsky@stroock.com
- David R Zaro    dzaro@allenmatkins.com
- Kathryn T. Zwicker    kzwicker@ktbslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 7, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**
The Honorable Sheri Bluebond
U.S. Bankruptcy Court
255 E Temple Street, Suite 1534
Los Angeles, CA 90012

US Bankruptcy Court
Attn: Fiscal Dept
255 E Temple Street, Room 1067
Los Angeles, CA 90012
(enclosing check #100136)

☐ Service information continued on attached pages

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **NA**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pages

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 7, 2019 | LISA IRVING | /s/ Lisa Irving |
|---|---|---|
| *Date* | *Type Name* | *Signature* |